Exhibit A

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

## NetSuite Subscription Services Agreement

This NetSuite Subscription Services Agreement ("Agreement") is entered into as of the date of the last party to sign below ("Effective Date") between NetSuite Inc., a Delaware corporation, with its principal place of business located at 2955 Campus Drive, Suite 100, San Mateo, California 94403 ("NetSuite"), and WG America Company, with its principal place of business located at 2 East Pointe Drive, Birdsboro, PA 19508 United States("Customer").   Capitalized terms not defined elsewhere in this Agreement shall have the meaning given to them in the Definitions section below.   NetSuite and Customer hereby agree as follows:

### Definitions.

"**Affiliates**" means any entity which directly or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with a party to this Agreement, by way of majority voting stock ownership or the ability to otherwise direct or cause the direction of the management and policies of such party.

"**Confidential Information**" means: (a) Customer Data; (b) the terms of this Agreement and (c) any commercial, financial, marketing, business, technical or other data, security measures and procedures, know-how or other information disclosed by or on behalf of the disclosing party to the receiving party for purposes arising out of or in connection with this Agreement, that:  (i) in the case of information in tangible form, is marked "confidential" or "proprietary;" (ii) in the case of information disclosed orally, visually or any other intangible form, is designated confidential or proprietary at the time of disclosure, and if disclosed orally, is summarized in reasonable detail in a writing delivered to the receiving party within ten (10) days following disclosure; (iii) under the circumstances, a person exercising reasonable business judgment would understand to be confidential or proprietary; and (iv) will include any reproduction of such information in any form or medium, or any part of such information.  The following shall not be deemed Confidential Information:  (1) information that was in the public domain at the time of its disclosure, or which becomes public domain property through no fault of the receiving party; (2) information that was rightfully in the receiving party's possession without restriction prior to disclosure; (3) information that was rightfully disclosed to the receiving party by a third party without restriction (4) information that was independently developed by employees and/or contractors of the receiving party who did not have access to and without use of or reference to the disclosing party's Confidential Information; and (5) aggregate data collected or generated by NetSuite or on behalf of NetSuite regarding NetSuite's products and services (for purposes of providing or improving NetSuite products and services, benchmarking system performance, preparing statistics and system metrics, marketing and other purposes) that does not contain any personally identifiable or Customer-specific information.

"**Customer Data**" means all electronic data or information submitted to and stored in the Service by Users, including, without limitation, Customer-specific derivations or manipulations of such data or information that are generated through its use of, and stored within the Service (not including functionality, features or templates of the Service itself or any standard summaries, standard reports, standard analyses or other standard document presented through the Service).

"**Electronic Communications**" means any transfer of signs, signals, text, images, sounds, data or intelligence of any nature transmitted in whole or part electronically received and/or transmitted through the Service.

"**Estimate/Order Form**" means a NetSuite estimate, renewal notification or order form in the name of and executed by Customer or its Affiliate and accepted by NetSuite which specifies the Service, and any Support Services and/or Professional Services to be provided by NetSuite subject to the terms of this Agreement.

"**Help Documentation**" means the online English language help center documentation describing the Service features, including User Guides which may be updated from time to time.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

"**Professional Services**" means the general consulting, implementation and/or training services to be provided to Customer pursuant to: (i) a Professional Services Addendum attached hereto as Exhibit A; and (ii) a Statement of Work (as defined in such addendum).

"**Service**" means, collectively, NetSuite's online business application suite (the "NetSuite Service") and modules and/or OpenAir's online Professional Services Automation software (the "OpenAir Service") as described in the applicable User Guides that is procured by Customer from NetSuite in the Estimate/Order Form and any subsequent Estimate/Order Form from time to time, including associated offline components, but excluding Third Party Applications, Support Services and Professional Services.

"**SuiteApp.com**" means the NetSuite online directory of applications that interoperate with the Service, located at http://www.netsuite.com/suiteapp or at any successor websites.

"**Support Services**" means NetSuite's supplemental, fee-based technical support services to be provided to Customer pursuant to the terms for Support Services, found at www.netsuite.com/supportterms, or such other URL as specified by NetSuite.

"**Third Party Applications**" means applications, integrations, services, or implementation, customization and other consulting services related thereto, provided by a party other than NetSuite, as further described in Section 6.5 ("Third Party Applications") that interoperate with the Service, including but not limited to those listed on SuiteApp.com.

"**Users**" means individuals who are authorized by Customer to use the Service pursuant to this Agreement or as otherwise defined, restricted or limited in an Estimate/Order Form or amendment to this Agreement, for whom subscriptions to a Service have been procured, and who have been supplied user identifications and passwords by Customer (or by NetSuite at Customer's request). Users may include but are not limited to Customer's and Customer's Affiliates' employees, consultants, contractors and agents.

"**User Guides**" mean the online English language user guides for the Service, accessible via login at http://www.netsuite.com (under "Help"), as updated from time to time. Customer acknowledges that it has had the opportunity to review the User Guides through a free trial account made available by NetSuite.

"**URL Terms**" means the terms with which Customer must comply, which are located at a URL, referenced in this Agreement and are hereby incorporated by reference.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

## NetSuite Subscription Services Agreement

**1. Subscription Service.** Subject to the terms and conditions of this Agreement and during the Term, NetSuite shall make the Service available to Customer solely for Customer's and its Affiliates' Users for internal business operations. The terms of this Agreement shall also apply to updates, and upgrades subsequently provided by NetSuite to Customer for the Service. NetSuite shall host the Service and may, subject to Section 6.9, update or modify the functionality, user interface, usability and other user documentation, training and educational information of, and relating to the Service from time to time in its sole discretion and in accordance with this Agreement as part of its ongoing mission to improve the Service and customers' use of the Service.

**2. Estimates/Order Forms.** The Service shall be ordered by Customer or its Affiliates pursuant to Estimates/Order Forms. Each Estimate/Order Form shall include at a minimum a listing of the Service and any NetSuite Support Services and/or Professional Services being ordered and the associated fees. Except as otherwise provided on the Estimate/Order Form or this Agreement, each Estimate/Order Form is non-cancellable and shall be subject to the terms and conditions of this Agreement. For any order by Customer or its Affiliate for the benefit of Customer's Affiliate(s), the term "Customer" shall refer to Customer and such Affiliate(s).

**3. Restrictions.**

**3.1. General Restrictions.** Customer is responsible for all activities conducted under its User logins and for its Users' compliance with this Agreement. Customer's use of the Service shall not include service bureau use, outsourcing, renting, reselling, sublicensing, concurrent use of a single User login, or time-sharing of the Service. Customer shall not and shall not permit any third party to: (a) copy, translate, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code or modify the Service in any manner or form unless expressly allowed in the Help Documentation; (b) access or use the Service to circumvent or exceed Service account limitations or requirements; (c) use the Service for the purpose of building a similar or competitive product or service, (d) obtain unauthorized access to or use of the Service via another system or tool, the primary effect of which is to enable input of requests or transactions by other than authorized Users); (e) use the Service in a manner that is contrary to applicable law or in violation of any third party rights of privacy or intellectual property rights; (f) knowingly publish, post, upload or otherwise transmit Customer Data that contains any viruses, Trojan horses, worms, time bombs, corrupted files or other computer programming routines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any systems, data, personal information or property of another; and in any event Customer shall take all commercially reasonable measures to prevent such occurrences; or (g) use or permit the use of any tools in order to probe, scan or attempt to penetrate or benchmark the Service. Customer shall comply with all applicable local, state, federal, and foreign laws, treaties, regulations, and conventions in connection with its use of the Service, including without limitation those related to privacy, electronic communications and anti-spam legislation. Customer is responsible for ensuring that its use of the Service to store or process credit card data complies with applicable Payment Card Industry Data Security Standards ("PCI DSS") requirements and shall not store credit card and social security data in the Service except in the designated encrypted fields for such data. Customer shall comply with the export laws and regulations of the United States and other applicable jurisdictions in using the Service and obtain any permits, licenses and authorizations required for such compliance. Without limiting the foregoing, (i) Customer represents that it is not named on any U.S. government list of persons or entities prohibited from receiving exports, (ii) Customer shall not permit Users to access or use the Service in violation of any U.S. export embargo, prohibition or restriction, and (iii) Customer shall comply with all applicable laws regarding the transmission of technical data exported from the United States and the country in which its Users are located. Customer will not send any Electronic Communication from the Service that is unlawful, harassing, libelous, defamatory or threatening. Except as permitted by this Agreement, no part of the Service may be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means. Customer agrees not to access the Service by any means other than through the

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

interfaces that are provided by NetSuite. Customer shall not do any "mirroring" or "framing" of any part of the Service, or create Internet links to the Service which include log-in information, user names, passwords, and/or secure cookies. Customer will not in any way express or imply that any opinions contained in Customer's Electronic Communications are endorsed by NetSuite. Customer shall ensure that all Users agree to access and use the Service in accordance with the terms and conditions of this Agreement. Any action or breach by any of such User shall be deemed an action or breach by Customer.

**3.2. HIPAA.** Customer agrees that: (i) NetSuite is not acting on Customer's behalf as a Business Associate or subcontractor; (ii) the Service may not be used to store, maintain, process or transmit protected health information ("PHI") and (iii) the Service will not be used in any manner that would require NetSuite or the Service to be compliant with the Health Insurance Portability and Accountability Act of 1996, as amended and supplemented ("HIPAA"). In the preceding sentence, the terms "Business Associate," "subcontractor," "protected health information" or "PHI" shall have the meanings described in HIPAA.

**4.      Term, Fee, Payment & Taxes.**

**4.1. Term.** The Initial term ("Initial Term") of this Agreement shall commence on the Effective Date and shall continue until the date that the Professional Services and Service(s) referenced in all Estimate/Order Forms are completed, expired or terminated in accordance with the terms therein or this Agreement (the "Term"). The initial subscription term of the Service procured by Customer shall continue for the term specified in the applicable Estimate/Order Form. Thereafter, the subscription term of the applicable Service shall be extended as set forth in subsequent Estimate/Order Forms (each successive renewal term, a "Renewal Term"). NetSuite shall use commercially reasonable measures to provide Customer with a general renewal reminder at least one hundred-twenty (120) days in advance of the end of the then-current term. NetSuite shall provide Customer with a detailed renewal Estimate/Order Form at least ninety (90) days in advance of the end of the then-current term. If Customer has not signed and delivered such renewal Estimate/Order Form to NetSuite regarding an upcoming Renewal Term prior to the expiration of the then current term, then the subscription term for the applicable Service and Users shall be automatically renewed in accordance with the renewal Estimate/Order Form for successive Renewal Terms of one (1) year each, unless Customer provides written notice of non-renewal to NetSuite sixty (60) days before the expiration of the then-current term, or NetSuite provides written notice of non-renewal to Customer at least sixty (60) days before the expiration of the then-current term, provided however that NetSuite may not provide notice of non-renewal to Customer during the first three (3) years of this Agreement. For the avoidance of doubt, any subsequent Renewal Terms shall be renewed upon the provisions of this Agreement, subject to the provisions of 6.9.2, and further modifications to this Agreement must be made in accordance with the provisions of Section 13.

**4.2. Fees and Payment.** Customer shall pay the fees as specified in Estimate/Order Form No(s). 380137 and in future Estimates/Order Forms. All fees are non-refundable, except as otherwise explicitly stated in the applicable Estimate/Order Form or this Agreement. Customer may dispute invoiced amounts for billing errors, while the parties negotiate to resolve the dispute in good faith by appropriate means. Pending such dispute resolution, the parties shall continue to meet their other obligations under this Agreement.

**4.2.1. Renewal Cap.** For up to four (4) twelve (12) month Renewal Terms immediately following the Initial Term and subject to the terms set forth in Section 4.1, Customer's renewal pricing for the Service and number of Users that are set forth on the Estimate/Order Form specified in Section 4.2 above shall not be increased by more than 3% per annum (the "Renewal Cap"), applied to the discounted prices set forth on such Estimate/Order Form for the applicable Service and Users. The aforementioned Renewal Cap pricing shall not be applicable if: (a) the Service (including without limitation Modules) and number of Users on a renewal Estimate/Order Form are not equal to or greater than those shown on the initial

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

Estimate/Order Form; or (b) Customer (or an Affiliate that has a direct or indirect controlling interest in Customer) is acquired or (c) Customer acquires an entity (including, but not limited to acquisition due to merger, share purchase, disposition of all or substantially all of Customer's assets or any transactions having similar effect). In addition, if the number of Customer's employees or Users increases during the Initial Term or any Renewal Term and such increase would require access to a different edition of the Service (as set forth on NetSuite's then current price list), then Customer's current discount for the existing edition of the Service (taking into account any applicable Renewal Cap increases) will be applied to the standard list price for such new edition and associated Users.

**4.3.** The fees and the term of use for additional Users and other items procured during an existing subscription term will co-terminate with and be prorated through the end date of the subscription term for the applicable Service. Pricing for subsequent renewal Estimate/Order Forms shall be set at then current NetSuite pricing, unless otherwise agreed to by the parties. If the fees for a feature or functionality of the Service are based on usage of the Service, then NetSuite may access and use Customer Data as reasonably necessary to determine the fees for the applicable feature or functionality.

**4.4. Taxes.** NetSuite fees do not include any local, state, federal or foreign taxes, levies or duties of any nature, including value-added, sales use or withholding taxes ("Taxes"). Customer is responsible for paying all Taxes, excluding only taxes based on NetSuite's net income, capital stock or assets, and any employment related taxes. If NetSuite has the legal obligation to pay or collect Taxes for which Customer is responsible under this Section, the appropriate amount shall be invoiced to and paid by Customer unless Customer provides NetSuite with a valid tax exemption certificate authorized by the appropriate taxing authority. If Customer pays Taxes and the Taxes are later determined not to be due or are subject to a refund, NetSuite shall immediately refund the amount thereof to Customer. NetSuite agrees that Customer is not responsible hereunder for paying, collecting or withholding any federal, state or local employment taxes or any workmen's compensation, unemployment or social security taxes or contributions. NetSuite shall, when reasonably requested by Customer, assist and cooperate with Customer in challenging the validity of any such tax that Customer is required to pay under the terms of this Agreement.

**4.5. Late Payments.** Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum amount allowed by law, whichever is less.

**5.    Proprietary Rights.**

**5.1. Ownership of Customer Data.** As between NetSuite and Customer, all title and intellectual property rights in and to the Customer Data is owned exclusively by Customer. Customer acknowledges and agrees that in connection with Service, NetSuite as part of its standard Service offering makes daily backup copies of the Customer Data in Customer's "live" account and stores and maintains such data for a period of time consistent with NetSuite standard business processes, which period shall not be less than one year.

**5.2. NetSuite Intellectual Property Rights.** All rights, title and interest in and to the Service (including without limitation all intellectual property rights therein and all modifications, extensions, customizations, scripts or other derivative works of the Service provided or developed by NetSuite) are owned exclusively by NetSuite or its licensors. Except as provided in this Agreement, the rights granted to Customer do not convey any rights in the Service, express or implied, or ownership in the Service or any intellectual property rights thereto. Customer grants NetSuite a royalty free, worldwide, perpetual, irrevocable, transferable right to use, modify, distribute and incorporate into the Service (without attribution of any kind) any suggestions, enhancement request, recommendations, proposals, correction or other feedback or information provided by Customer or any Users related to the operation or functionality of the Service. Any rights in the Service or NetSuite's intellectual property not expressly granted herein by NetSuite are reserved by NetSuite. NetSuite and OpenAir service marks, logos and

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

product and service names are marks of NetSuite or OpenAir, respectively (the "NetSuite Marks"). Customer agrees not to display or use the NetSuite Marks in any manner without NetSuite's express prior written permission. The trademarks, logos and service marks of Third Party Application providers ("Marks") are the property of such third parties. Customer is not permitted to use these Marks without the prior written consent of such third party which may own the Mark.

**5.3. U.S. Government Rights.** The Service is a "commercial item" as that term is defined at FAR 2.101. If Customer or User is a U.S. Federal Government (Government) Executive Agency (as defined in FAR 2.101), NetSuite provides the Service, including any related software, technology, technical data, and/or professional services in accordance with the following: (a) if acquired by or on behalf of any Executive Agency (other than an agency within the Department of Defense (DoD), the Government acquires, in accordance with FAR 12.211 (Technical Data) and FAR 12.212 (Computer Software), only those rights in technical data and software customarily provided to the public as defined in this Agreement; or (b) if acquired by or on behalf of any Executive Agency within the DoD, the Government acquires, in accordance with DFARS 227.7202-3 (Rights in commercial computer software or commercial computer software documentation), only those rights in technical data and software customarily provided in this Agreement. In addition, DFARS 252.227-7015 (Technical Data – Commercial Items) applies to technical data acquired by DoD agencies. Any Federal Legislative Agency or Federal Judicial Agency shall obtain only those rights in technical data and software customarily provided to the public as set forth in this Agreement. If any Federal Executive Agency, Federal Legislative Agency, or Federal Judicial Agency has a need for rights not conveyed under the terms described in this Section, it must negotiate with NetSuite to determine if there are acceptable terms for transferring such rights, and a mutually acceptable written addendum specifically conveying such rights must be included in any applicable contract or agreement to be effective. This U.S. Government Rights Section is in lieu of, and supersedes, any other FAR, DFARS, or other clause, provision, or supplemental regulation that addresses Government rights in computer software or technical data under this Agreement.

**6.      Terms of Service.** Customer agrees to the following terms of service.

**6.1.   Accuracy of Customer's Contact Information.** Customer shall provide accurate, current and complete information on Customer's legal business name, address, email address and phone number, and maintain and promptly update this information if it should change.

**6.2.   Email and Notices.** Customer's email address for communication and notice purposes relating to this Agreement is jessica.friel@waterguys.com (or subsequent email addresses as advised by Customer). Customer agrees to accept emails from NetSuite at the above e-mail address specified under this Section. NetSuite may provide any and all notices, statements, and other communications in English to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service. Upon account setup, Customer may further designate additional contacts for various types of notices, as defined in the Help Documentation. NetSuite recommends that the main and billing contact email addresses be group addresses (such as billing@customer.com) so that notices are reviewed promptly and not delayed due to the absence of one individual. In addition, NetSuite may rely and act on all information, authorizations and instructions provided to NetSuite from the above-specified e-mail address and Customer administrators.

**6.3.   Users: Passwords, Access and Notification.** Customer shall authorize access to and assign unique passwords and user names to the number of Users procured by Customer on the Estimate/Order Form. User logins are for designated Users and cannot be shared or used by more than one User, but any User login may be permanently reassigned to another User as needed. Customer will be responsible for the confidentiality and use of User's passwords and user names. Customer will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, Customer Data, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Customer's account. Customer's obligations under the preceding sentences do not relieve

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

NetSuite of its confidentiality obligations under Section 8 (Confidentiality).  NetSuite will act as though any Electronic Communications it receives under Customer's passwords, user name, and/or account number will have been sent by Customer.  Customer shall use commercially reasonable efforts to prevent unauthorized access to or use of the Service and shall promptly notify NetSuite of any unauthorized access or use of the Service and any loss or theft or unauthorized use of any User's password or name and/or Service account numbers.

**6.4.  Transmission of Data.**  Customer understands that the technical processing and transmission of Customer's Electronic Communications is fundamentally necessary to use of the Service.  Customer is responsible for securing DSL, cable or another high speed Internet connection and up-to-date "browser" software in order to utilize the Service.  Customer expressly consents to NetSuite's interception and storage of Electronic Communications and/or Customer Data for the purposes of performing its obligations under this Agreement, and Customer acknowledges and understands that Customer's Electronic Communications will involve transmission over the Internet, and over various networks, only part of which may be owned and/or operated by NetSuite.  Customer further acknowledges and understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone or other electronic means.  NetSuite is not responsible for any Electronic Communications and/or Customer Data which are delayed, lost, altered, intercepted or stored during the transmission of any data whatsoever across networks not owned and/or operated by NetSuite, including, but not limited to, the Internet and Customer's local network.

**6.5.  Third-Party Applications.**  NetSuite may offer certain Third Party Applications under Estimate/Order Forms.  Any procurement of such Third Party Applications by Customer shall be subject to the terms specified in such Estimate/Order Forms.

In addition, NetSuite or third party providers may offer Third Party Applications through the Service or otherwise related to Customers' use of the Service.  Except as expressly set forth in the Estimate/Order Form, NetSuite does not warrant any such Third Party Applications, regardless of whether or not such Third Party Applications  are provided by a third party that is a member of a NetSuite partner program or otherwise designated by NetSuite as "Built For NetSuite," "certified," "approved" or "recommended."  Any procurement by Customer of such Third Party Applications or services is solely between Customer and the applicable third party provider.  Customer may not use Third Party Applications to enter and/or submit transactions to be processed and/or stored in the Service, unless Customer has procured the applicable subscription to the Service for such use and access.

NetSuite is not responsible for any aspect of such Third Party Applications that Customer may procure or connect to through the Service, or any descriptions, promises or other information related to the foregoing.  If Customer installs or enables Third Party Applications for use with the Service, Customer agrees that NetSuite may enable such third party providers to access Customer Data as required for the interoperation of such Third Party Applications with the Service, and any exchange of data or other interaction between Customer and a third party provider is solely between Customer and such third party provider pursuant to a separate privacy policy or other terms governing Customer's access to or use of the Third Party Applications.  NetSuite shall not be responsible for any disclosure, modification or deletion of Customer Data resulting from any such access by Third Party Applications or third party providers.  No procurement of such Third Party Applications is required to use the Service.  If Customer was referred to NetSuite by a member of one of NetSuite's partner programs, Customer hereby authorizes NetSuite to provide such member or its successor entity with access to NetSuite's business information related to the procurement and use of the Service pursuant to this Agreement, including but not limited to User names and email addresses, support cases and billing/payment information.

**6.6   NetSuite's Support Services and Professional Services.**  As part of the Service, NetSuite will provide Customer with Help Documentation and other online resources to assist Customer in its use of the Service.  NetSuite also offers optional "for fee" Support Services and Professional Services.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

**6.7.    Service Level.**  During the Term, the Service will meet the service level specified in the "Service Level Commitment" listed on the NetSuite website located at www.netsuite.com/slc, or such other URL as specified by NetSuite ("Service Level Commitment"), which is hereby incorporated by reference.  If the Service fails to achieve the service level, then Customer will be entitled, as its sole and exclusive remedy, (i) to a credit for the Service in accordance with the terms set forth in the Service Level Commitment and (ii) if NetSuite misses this uptime commitment in two (2) calendar quarters out of any rolling twelve (12) month period and Customer was negatively impacted (i.e., attempted to log into or access the Service and failed due to the unscheduled downtime of the Service), Customer has the option to terminate this Agreement (including all Estimate/Order Forms and SOWs) by delivering written notice to NetSuite within sixty (60) days  of the second uptime failure whereupon NetSuite shall refund the pro rata portion of subscription fees paid by Customer for the terminated portion of the Term..  The Service's system logs and other records shall be used for calculating any service level events.

**6.8. Security.**  NetSuite shall maintain commercially reasonable administrative, physical and technical safeguards designed for the protection, confidentiality and integrity of Customer Data. During the Term, NetSuite shall maintain PCI DSS compliance for the portions of the NetSuite Service that store and process credit card data.  Any changes made to the Service by the Customer or at the Customer's direction may affect the Customer's compliance with PCI DSS requirements and Customer shall be solely responsible for ensuring that any such changes are compliant with PCI DSS requirements.  For the Service, NetSuite shall ensure performance of an annual third- party audit in accordance with the Statement on Standards for Attestation Engagements No. 16 (SSAE 16) and the International Standards for Assurance Engagements No. 3402 (ISAE 3402) and shall obtain a SSAE 16 (SOC 1) / ISAE 3402 Type II Report.  Additionally, NetSuite shall perform an annual ISO 27001 audit (or similar security standard), under the International Organization for Standardization (ISO) 27001 standard.  No more than once per year, Customer may submit one request for a copy of:  (a) NetSuite's final SSAE 16 (SOC 1) / ISAE 3402 Type II Report and (b) NetSuite's final ISO 27001 certificate.  If similar third party audits, standards and/or certifications become available in the future, NetSuite may choose to perform such audit and/or certify to such established industry standard selected by NetSuite in place of those in the preceding sentences.

"Security Incident" means an actual unauthorized disclosure, or reasonable belief that there has been an unauthorized disclosure, by NetSuite or Customer of Customer Data containing unencrypted personally identifiable information to any unauthorized person or entity.  In the event of a Security Incident, to the extent an applicable security breach law applies to a Security Incident, NetSuite or Customer, as applicable, will notify the other party in accordance with its obligations under the applicable law or regulatory requirement. To the extent no such law or regulation applies to a Security Incident, the responding party will notify the other party of the Security Incident, following the discovery or notification of such Security Incident, in the most expedient time possible under the circumstances, without unreasonable delay, consistent with the legitimate needs of applicable law enforcement, and after taking any measures necessary to prevent further disclosure, determine the scope of the breach and restore the reasonable integrity of the system.

**6.6.    Modifications; Discontinuation of Service.**

**6.6.1.    To the Service.**  NetSuite may make modifications to the Service or particular components of the Service from time to time, and will notify Customer of any material modification at least sixty (60) days prior to making such modification.  In the event that NetSuite modifies the Service in a manner which removes or disables a feature or function on which Customer materially relies, NetSuite, at Customer's request, shall use commercially reasonable efforts to substantially restore or replace such functionality to Customer. In the event that NetSuite is unable to substantially restore such functionality, Customer shall have the option to terminate the Agreement (including all Estimate/Order Forms and SOWs) by delivering written notice to NetSuite within sixty (60) days of NetSuite's written notice that it is unable to substantially restore or replace such functionality and receive a pro-rata refund of the subscription fees paid under the Agreement for the terminated portion of the Term. NetSuite reserves the right to discontinue offering the Service at the conclusion of the then current Term Customer's then

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

current subscription Term for such Service. NetSuite shall not be liable to Customer nor to any third party for any modification of the Service complying with and as described in this Section.

**6.6.2. To Applicable Terms.** If NetSuite makes a material change to any applicable URL Terms, then NetSuite will notify Customer by either sending an email to the notification email address or posting a notice to the administrator in Customer's account. If the change has a material adverse impact on Customer and Customer does not agree to the change, Customer must so notify NetSuite via legalnotices@netsuite.com within sixty (60) days after receiving notice of the change. If Customer notified NetSuite as required, then Customer will remain governed by the URL Terms in effect immediately prior to the change until the end of the then current Term for the affected Service. If the affected Service is renewed, it will be renewed under NetSuite's then current URL Terms.

**6.10 NetSuite's Lawful Conduct.** NetSuite agrees to comply with all local, state, federal, and foreign laws, and regulations applicable to its provision of the Service to Customer, including without limitation those related to privacy, electronic communications, and anti-spam. Notwithstanding the foregoing, if compliance with any such laws or regulations is required as result of the content of the data or the location of Customer's Users, such compliance shall be the responsibility of Customer, not NetSuite.

## 7. Suspension/Termination.

**7.1. Suspension for Delinquent Account.** NetSuite reserves the right to suspend Customer's and any Customer Affiliates' access to and/or use of the Service and/or Support Services if any undisputed payment is due but unpaid but only after NetSuite has provided Customer two (2) delinquency notices, and at least thirty (30) days have passed since the transmission of the first notice. Customer agrees that NetSuite shall not be liable to Customer or to any Customer Affiliate or other third party for any suspension of the Service pursuant to this Section.

**7.2. Suspension for Ongoing Harm.** NetSuite may with reasonably contemporaneous telephonic notice to Customer suspend access to the Service if NetSuite reasonably concludes that Customer's Service is being used to engage in denial of service attacks, spamming, or illegal activity, and/or use of Customer's Service is causing immediate, material and ongoing harm to NetSuite or others. In the extraordinary event that NetSuite suspends access to the Service, NetSuite will use commercially reasonable efforts to limit the suspension to the offending portion of the Service and work with Customer to resolve the issues causing the suspension of Service within three (3) days. Customer agrees that NetSuite shall not be liable to Customer nor to any third party for any suspension of the Service under such circumstances as described in this Section.

**7.3. Termination for Cause/Expiration.** Either party may immediately terminate this Agreement and all Estimates/Order Forms issued hereunder in the event the other party commits a material breach of any provision of this Agreement which is not cured within thirty (30) days of written notice from the non-breaching party.

Such notice by the complaining party shall expressly state all of the reasons for the claimed breach in sufficient detail so as to provide the alleged breaching party a meaningful opportunity to cure such alleged breach and shall be sent to the General Counsel of the alleged breaching party at the address listed in the heading of this Agreement (or such other address that may be provided pursuant to this Agreement) ("Notice"). Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated by Customer for any reason other than a termination expressly permitted by this Agreement, then NetSuite shall be entitled to all of the fees due under this Agreement for the then-current Initial Term or Renewal Term. If this Agreement is terminated as a result of NetSuite's breach of this Agreement, then Customer shall be entitled to a refund of the pro rata portion of any subscription fees paid by Customer to NetSuite under this Agreement for the terminated portion of the Term. The foregoing pro-rata refund is not meant to be a sole and exclusive remedy and does not preclude Customer from pursuing any other remedies that it may have under this Agreement at law or in equity.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

<u>NetSuite Subscription Services Agreement</u>

**7.4.  Handling of Customer Data Upon Termination/Expiration.** Following expiration or termination of the Agreement or a Customer account, if applicable, NetSuite may immediately deactivate the applicable Customer account(s) and shall be entitled to delete such Customer account(s) from NetSuite's "live" site following a forty (40) day period.  Customer further agrees that NetSuite shall not be liable to Customer nor to any third party for any termination of Customer access to the Service or deletion of Customer Data, provided that NetSuite is in compliance with the terms of this Section.

**Transition Assistance.**  NetSuite shall cooperate in the transition of the Services to Customer or a replacement service provider and, if requested by Customer, perform Professional Services for additional fees to be mutually determined based upon NetSuite's then current Professional Services fees or as mutually agreed by the parties, subject to the then current Professional Services fees, as subject to an SOW.  If Customer provides written notice of non-renewal pursuant to Section 4.1, it may also elect to procure access to the Service pursuant to the terms set forth in this Agreement and in the applicable Estimate/Order Form for a one-time short-term renewal of not more six (6) months for the sole purpose of migrating off of the Service.  For the avoidance of doubt, during such period that Customer is migrating off of the Service, this Agreement, shall remain in effect during such short-term renewal period of not more than six (6) months.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

NetSuite Subscription Services Agreement

**8.     Confidentiality.** Each party agrees to use the same degree of care that it uses to protect the confidentiality of its own confidential information of like kind (at all times exercising at least a commercially reasonable degree of care in the protection of such confidential information) not to use or disclose Confidential Information except to the extent necessary to perform its obligations or exercise rights under this Agreement or as directed by Customer. Either party may disclose Confidential Information on a need to know basis to its Affiliates, contractors and service providers who have executed binding written agreements requiring confidentiality and non-use obligations at least as restrictive as those in this Section 8. Additionally, Customer must input credit card information and social security numbers only in the fields designated for such data in the Service. Nothing in this Agreement will prohibit the disclosure of Confidential Information to the extent that such disclosure is required by law or order of a court or other governmental authority or regulation, provided the owner of such Confidential Information receives written notice and is afforded a reasonable opportunity to obtain a protective order.

**9.     Warranties.**

**9.1.     Warranty of Functionality.** NetSuite warrants that: (i) the Service will achieve in all material respects the functionality described in the User Guides applicable to the Service procured by Customer, and (ii) such functionality of the Service will not be materially decreased during the then-current subscription term. Customer's sole and exclusive remedy for NetSuite's breach of this warranty shall be that NetSuite shall be required to use commercially reasonable efforts to modify the Service to achieve in all material respects the functionality described in the User Guides within ten (10) business days of Customer's notice. If NetSuite is unable to restore such functionality, Customer shall be entitled to terminate the Agreement and receive a pro- rata refund of the subscription fees paid under the Agreement for its use of the Service for the terminated portion of the then-current subscription term. NetSuite shall have no obligation with respect to a warranty claim unless notified of such claim within ninety (90) days of the first instance of any material functionality problem, and such notice must be sent to billing@NetSuite.com. The warranties set forth in Section 9.1 are made to and for the benefit of Customer only. Such warranties shall not apply if Customer's use of the Service has been used in violation of the User Guides, this Agreement and applicable law.

**9.2. Warranty of No Malicious Code.** Each party warrants that it will utilize and maintain commercially reasonable software, processes and procedures designed to protect against introduction of viruses, Trojan horses, worms, spyware, or other such malicious code ("Malicious Code") into the Service, or Customer Data.

**9.3 Malicious Code Remedies** If NetSuite breaches the foregoing warranty regarding regarding Malicious Code, NetSuite shall use commercially reasonable efforts to promptly eliminate all such infection from the Service and the Customer Data, at its own cost and expense.,.

**9.4     Disclaimer of Warranties.** EXCEPT AS STATED IN SECTION 6.7, 6.8 AND 9 NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE OVERALL SYSTEM THAT MAKES THE SERVICE AVAILABLE (INCLUDING BUT NOT LIMITED TO THE INTERNET, OTHER TRANSMISSION NETWORKS, AND CUSTOMER'S LOCAL NETWORK AND EQUIPMENT) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN SECTION 9 ABOVE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY. NETSUITE THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS. EXCEPT AS STATED IN SECTIONS 6.7, 9.1, and 9.2 AND 9.3 ABOVE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. NETSUITE EXPRESSLY DISCLAIMS ANY REPRESENTATIONS OR WARRANTIES THAT CUSTOMER'S USE OF THE SERVICE WILL

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

SATISFY ANY STATUTORY OR REGULATORY OBLIGATIONS, OR WILL ASSIST WITH, GUARANTEE OR OTHERWISE ENSURE COMPLIANCE WITH ANY APPLICABLE LAWS OR REGULATIONS, INCLUDING WITHOUT LIMITATION HIPAA OR THE GRAMM-LEACH-BLILEY ACT OF 1999. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES.

**10.     Limitations of Liability.**

**10.1     Exclusion of Consequential Damages.**  TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR LOST PROFITS OR REVENUE OR FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, COVER, SPECIAL, RELIANCE OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND HOWEVER CAUSED, WHETHER FROM BREACH OF WARRANTY, BREACH OR REPUDIATION OF CONTRACT, NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION FROM OR IN CONNECTION WITH THIS AGREEMENT (AND WHETHER OR NOT THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES).  CERTAIN STATES AND/OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, IN WHICH CASE SUCH DAMAGES SHALL BE SUBJECT TO THE LIMITATIONS SET FORTH IN SECTION 10.3 BELOW.

**10.2     Customer's Exclusion of Certain Losses.**  Under no circumstances shall Customer be liable to NetSuite for any losses, claims, demands, penalties, actions, causes of action, suits, obligations, liabilities, damages, delays, costs or expenses, including reasonable attorneys' fees caused directly by NetSuite's breach of this Agreement.

**10.3     Limitations on Liability.**  THE MAXIMUM LIABILITY OF EITHER PARTY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR ANY LICENSE, USE OR OTHER EMPLOYMENT OF THE SERVICE, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED ON BREACH OR REPUDIATION OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, TORT, STATUTORY DUTY, OR OTHERWISE, SHALL BE AN AMOUNT EQUAL TO THE EQUIVALENT OF TWELVE (12) MONTHS OF SUBSCRIPTION FEES APPLICABLE AT THE TIME OF THE EVENT, AND IN THE EVENT OF A BREACH OF SECTIONS 3 OR 8 OF THIS AGREEMENT, SUCH MAXIMUM LIABILITY OF EITHER PARTY SHALL BE AN AMOUNT EQUAL TO TWO (2) TIMES THE EQUIVALENT OF 12  MONTHS OF SUBSCRIPTION FEES APPLICABLE AT THE TIME OF THE EVENT.  NOTWITHSTANDING THE PREVIOUS SENTENCE, NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY TO THE EXTENT SUCH LIABILITY WOULD NOT HAVE OCCURRED BUT FOR THE OTHER PARTY'S FAILURE TO COMPLY WITH THE TERMS OF THIS AGREEMENT.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

**10.4.  Acknowledgement; Exceptions** BOTH PARTIES ACKNOWLEDGE THAT THE FEES REFLECT THE ALLOCATION OF RISK SET FORTH IN THIS AGREEMENT AND THAT THE PARTIES WOULD NOT ENTER INTO THIS AGREEMENT WITHOUT THESE LIMITATIONS ON THEIR LIABILITY.  THE LIMITATIONS OF LIABILITY SET FORTH IN SECTION 10.3 SHALL NOT APPLY TO: (A) FEES DUE UNDER THIS AGREEMENT; (B) EITHER PARTY'S INDEMNITY OBLIGATIONS EXCEPT AS SET FORTH IN SECTION 11 BELOW OR (C) DAMAGES CAUSED BY A PARTY'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

**11. Indemnification.**

**11.1 Infringement.**  Subject to the terms and conditions set forth in this Section 11, NetSuite shall, at its own expense, defend Customer from and against any and all allegations, threats, claims, suits, and proceedings brought by third parties (collectively "Claims") alleging that the Service, as used in accordance with this Agreement, infringes such third party's copyrights or trademarks, or misappropriates such third party's trade secrets and shall indemnify Customer from and against liability, damages, and costs finally awarded or entered into in settlement (including, without limitation, reasonable attorneys' fees) (collectively, "Losses") to the extent based upon such a Claim.

NetSuite will have no liability for Claims to the extent arising from (a) use of the Service in violation of this Agreement or applicable law, (b) use of the Service after NetSuite notifies Customer to discontinue use because of an infringement claim, (c) modifications to the Service not made by NetSuite or made by NetSuite based on Customer specifications or requirements, (d) use of the Service in combination with any non-NetSuite software, application or service, or (e) services offered by Customer or revenue earned by Customer for such services.

If a Claim of infringement as set forth above is brought or threatened, NetSuite shall, at its sole option and expense, use commercially reasonable efforts either (a) to procure a license that will protect Customer against such Claim without cost to Customer; (b) to modify or replace all or portions of the Service as needed to avoid infringement, such update or replacement having substantially similar or better capabilities without material interruption or material increase in cost to Customer,; or (c) if (a) and (b) are not commercially feasible, terminate the Agreement and refund to the Customer a pro- rata refund of the subscription fees paid for under the Agreement for the terminated portion of the Term.  The rights and remedies granted Customer under this Section 11.1 state NetSuite's entire liability, and Customer's exclusive remedy, with respect to any claim of infringement of the intellectual property rights of a third party.

**11.2  NetSuite's Indemnity.**  Subject to the terms and conditions set forth in this Section 11, NetSuite shall, at its own expense, defend Customer and its Affiliates from and against any and all Claims brought by third parties arising from any personal injury, property (real or tangible personal property) damage caused by NetSuite's gross negligence or willful misconduct, and shall indemnify Customer from and against liability for any Losses to the extent based upon such Claims.

**11.3  Customer's Indemnity.**  Subject to the terms and conditions set forth in this Section 11, Customer shall, at its own expense, defend NetSuite from and against any and all Claims brought by third parties (i) alleging that the Customer Data or any trademarks or service marks, or any use thereof, infringes the copyright or trademark or misappropriates the trade secrets of a third party, or has caused harm to a third party, or (ii) arising out of Customer's breach of Section 3; and shall indemnify NetSuite from and against liability for any Losses to the extent based upon such Claims.

Customer will have no liability to NetSuite for Claims and Losses to the extent arising from any infringement or alleged infringement of rights of third parties that results from the of use by NetSuite of Customer Data in violation of this Agreement.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

**11.4    Indemnification Procedures and Survival.**  In the event of a potential indemnity obligation under this Section 11, the indemnified party shall:  (i) promptly notify the indemnifying party in writing of such Claim; (ii) allow the indemnifying party to have sole control of its defense and settlement; and (iii) upon request of the indemnifying party, cooperate in all reasonable respects, at the indemnifying party's cost and expense, with the indemnifying party in the investigation, trial, and defense of such Claim and any appeal arising therefrom.  The indemnification obligations under this Section 11 are expressly conditioned upon the indemnified party's compliance with this Section 11.4 except that failure to notify the indemnifying party of such Claim shall not relieve that party of its obligations under this Section 11 but such Claim shall be reduced to the extent of any damages attributable to such failure.   The indemnification obligations contained in this Section 11 shall survive termination of this Agreement for one year.

**12. Dispute Resolution.**  Each party agrees that before it seeks any form of legal relief it shall provide written notice to the other of the specific issues in dispute (and referencing the specific portions of any contract between the parties and which are allegedly being breached).  Within thirty days after such notice knowledgeable executives of the parties shall hold at least one meeting (in person or by video- or tele-conference) for the purpose of attempting in good faith to resolve the dispute.  The parties agree to maintain the confidential nature of all disputes and disagreements between them, including, but not limited to, informal negotiations, except as may be necessary to prepare for or conduct these dispute resolution procedures or unless otherwise required by law or judicial decision.  The dispute resolution procedures in this Section 12 shall not apply prior to a party seeking a provisional remedy related to claims of misappropriation or ownership of intellectual property, trade secrets or Confidential Information.

**13.    General Provisions.**  This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but neither party may assign this Agreement without written consent of the other, except that (i) NetSuite may assign without consent to a related entity or the successor by way of consolidation, merger, reorganization or transfer of all or substantially all of the assignor's business or assets or stock to which this Agreement relates with reasonable written notice to Customer; and (ii) Customer may assign without consent to a related entity or the successor of all or substantially all of the assignor's business or assets to which this Agreement relates on condition that before Customer assigns this Agreement, all of Customer's payments to NetSuite are current and Customer gives NetSuite written notice of assignment..  There are no third- party beneficiaries to this Agreement.  This Agreement does not create any joint venture, partnership, agency, or employment relationship between the parties, although NetSuite reserves the right to name Customer as a user of the Service.  This Agreement incorporates by reference all URL Terms (as applicable), Exhibits and Estimate/Order Forms, and this Agreement, together with such referenced items, constitute the entire understanding between Customer and NetSuite and are intended to be the final and entire expression of their agreement.  The parties expressly disclaim any reliance on any and all prior discussions, emails, RFP's and/or agreements between the parties.   There are no other verbal agreements, representations, warranties undertakings or other agreements between the parties.  Under no circumstances will the terms, conditions or provisions of any purchase order, invoice or other administrative document issued by Customer in connection to this Agreement be deemed to modify, alter or expand the rights, duties or obligations of the parties under, or otherwise modify, this Agreement, regardless of any failure of NetSuite to object to such terms, provisions, or conditions.  The Agreement shall not be modified, or amended, except as expressly set forth herein, or in writing and signed or accepted electronically by the party against whom the modification, amendment or waiver is to be asserted, or by a properly executed Estimate/Order Form.  Notwithstanding the above, after execution of this Agreement, and during the electronic provisioning of Customer's account, Customer will be presented with the requirement to "agree" to a click through agreement pertaining to "Main Terms of Service" or "Terms of Service for NetSuite Applications" before Customer's account can be successfully provisioned.  NetSuite hereby expressly agrees that upon execution of this Agreement such "Main Terms of Service" shall be considered null and void and shall not apply in any manner to this Agreement.  Customer acknowledges that other click through agreements found at www.netsuite.com/termsofservice (or other similar sites) shall apply, if such optional services or features are subsequently ordered or activated by Customer.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**NetSuite Subscription Services Agreement**

This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law and excluding the Uniform Computer Information Transactions Act (UCITA) If the subject matter of a Dispute does not permit the parties to use the dispute resolution procedures set forth in this Agreement or such dispute resolution procedures are deemed unenforceable, then any such Dispute arising out of or in connection with this Agreement (or the Service) shall be subject to the exclusive jurisdiction of the state and federal courts located in Delaware and must be brought in state or federal courts located in   Delaware,. as permitted by law.   If any provision is held by a court of competent jurisdiction (or the arbitrator, in the case of arbitration) to be contrary to law, such provision shall be eliminated or limited to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect.  A waiver of any breach under this Agreement should not constitute a waiver of any other breach or future breach.  Neither party shall be liable for any loss or delay (including failure to meet the service level commitment) resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage (other than those involving NetSuite employees), internet service provider failures or delays, civil unrest, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event. However, if NetSuite is unable to perform its obligations under this Agreement for more than (10) days due to a force majeure event, Customer may terminate this Agreement without penalty or fee, and receive a refund of the pro rata portion of subscription fees paid by Customer to NetSuite under this Agreement for the terminated portion of the Term.  The Definitions Section and Sections 4.2, 4.3, 4.4, 4.5 5, 7, 8, 9.3, 10, 11, 12, and 13 shall survive the termination or expiration of this Agreement.   This Agreement may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this Agreement executed in ink by both parties.

THE PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS, AND THE PERSON SIGNING ON BEHALF OF EACH HAS BEEN AUTHORIZED TO DO SO.  IF THE PERSON SIGNING BELOW AS CUSTOMER IS ENTERING INTO THIS AGREEMENT ON BEHALF OF A COMPANY OR OTHER LEGAL ENTITY, SUCH PERSON REPRESENTS THAT HE OR SHE HAS THE AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO THESE TERMS AND CONDITIONS.

| CUSTOMER | | NETSUITE INC. | |
|---|---|---|---|
| By: _Doug Shinn_ | | By: _IMELLI, MARK_ | |
| Print Name: Doug Shinn | | Print Name: IMELLI, MARK | |
| Job Title: President | | Job Title: VP Sales | |
| Company: WG America Company | | Company: NetSuite | |
| Date: 31 August 2016 | 14:18 PDT | | Date: 31 August 2016 | 15:19 PDT | |
| Email: Doug.shinn@waterguys.com | | Email: mimelli@netsuite.com | |

*This Agreement may be signed electronically, in which case signatures may appear above or on the last page.*

Exhibits

A        NetSuite Professional Services Addendum

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

Exhibit A – Professional Services Addendum

**THIS PROFESSIONAL SERVICES ADDENDUM** ("Addendum") is an addendum to the Subscription Services Agreement (the "Agreement") between NetSuite Inc. and the Customer identified in the Agreement ("Customer").

Customer has entered into the Agreement for the provision of the Service (as defined therein).  Now Customer desires to additionally procure, and NetSuite desires to render, certain Professional Services in connection with the Service pursuant to the terms and conditions herein.  Capitalized terms used in this Addendum shall have the meaning defined under the Agreement.  **The terms and conditions of this Addendum are hereby incorporated by reference into the Agreement.**  In the event of conflict between this Addendum and the Agreement, the terms and conditions of this Addendum shall prevail with respect to the subject matter herein.  The terms in the Statements of Work related to the actual rates to be charged and the days and description of the Professional Services to be performed thereunder shall control as to the engagement described in that Statement of Work.

**1.     Scope of Services.**  Subject to the terms and conditions of the Agreement and this Addendum, NetSuite will provide Customer with Professional Services as set forth in the applicable statements of work executed by NetSuite and Customer or an Estimate/Order Forms executed by Customer (each, a "Statement of Work" or "SOW").  Each Statement of Work will include, at a minimum:  (i) a description of the Professional Services and any deliverables and/or training materials to be provided to Customer (each, a "Deliverable"); (ii) the scope of Professional Services; and (iii) the applicable fees and payment terms for such Professional Services, if not elsewhere specified.  All Statements of Work shall be deemed part of and subject to this Addendum.

**1.1.  Terms and Conditions for Training.**

**1.1.1.  Training Deliverables.**  Customer is solely responsible for any printing, shipping and copying charges for any training Deliverables.  All electronic and hard copy versions of the training Deliverables are provided for Customer's internal training purposes only.  Customer is prohibited from:  (a) modifying the training Deliverables, unless otherwise authorized in writing by NetSuite or set forth in an applicable SOW; (b) reselling or sublicensing any training Deliverables; and (c) utilizing the training Deliverables to replicate or attempt to perform the training, unless otherwise authorized in writing by NetSuite or set forth in an applicable SOW; and (d) developing or attempting to develop any of the products described in such training Deliverables.  Customer may not record, stream or otherwise capture any performance or aspect of the training Professional Services.  Training Deliverables are not subject to any maintenance, support or updates.

**1.1.2.  For Onsite Delivery.**  Customer is responsible for providing appropriate training facilities for the training delivery, including without limitation Internet connectivity, student access to a Demo Account to which Customer may be granted access (pursuant to Section 1.1.3 below), projector, student computers and other reasonable classroom amenities.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

**1.1.3.  Access to Demo Account.**  In connection with NetSuite's provision of training hereunder, NetSuite may provide attending Customer employees ("Training Users") with temporary and limited access to the Service solely for such Training Users' non-commercial use and receipt of training hereunder ("Demo Account").  Such Training Users' access to the Demo Account shall be subject to the terms and conditions that appear upon the initial provisioning or use of the Demo Account ("Trial Account Agreement").  The Trial Account Agreement may also be found at www.netsuite.com/termsofservice.  By selecting "I Agree" and/or accessing or using the Demo Account enabled for Customer by NetSuite, Customer and the Training Users agree to the terms of such Trial Account Agreement in connection with Customer's use and the use by its Training Users of the Demo Account.  NetSuite has no obligation to provide any maintenance, support or updates with respect to Customer's use of the Demo Account.

**1.1.4.  Cancellation and Use Policy.**  Customer may reschedule or cancel previously scheduled training registration without penalty up to ten (10) business days prior to the scheduled start date.  Registrations that are cancelled or rescheduled within ten (10) business days will be charged the full course price.  In addition, all training courses must be completed or commenced no later than one (1) year from the date of initial purchase, unless otherwise specified in an Estimate/Order Form.  If Training courses are not completed or commenced within such one (1) year period, then Customer will forfeit the right to use or schedule such training courses and will not receive any refund or credit for such forfeited training.

**2.      Change Management Process.**  If Customer or NetSuite requests a change in any of the specifications, requirements, Deliverables, or scope (including drawings and designs) of the Professional Services described in any Statement of Work, the party seeking the change shall propose the applicable changes by written notice.  Within forty-eight (48) hours of receipt of the written notice, each party's project leads shall meet, either in person or via telephone conference, to discuss and agree upon the proposed changes.  NetSuite will prepare a change order describing the proposed changes to the Statement of Work and the applicable change in fees and expenses, if any (each, a "Change Order").  Change Orders are not binding unless and until they are executed by both parties.  Executed Change Orders shall be deemed part of, and subject to, this Addendum.  If the parties disagree about the proposed changes, the parties shall promptly escalate the change request to their respective senior management officers for resolution.

**3.      Project Materials.**

**3.1.  Deliverables.**  NetSuite shall own all rights, title and interest in and to the Deliverables (excluding any Customer Confidential Information provided to NetSuite for its provisioning of Professional Services), and related intellectual property rights.  NetSuite shall have the right to use any such Customer Confidential Information solely for the purpose of providing the Professional Services to Customer hereunder.  Deliverables are NetSuite Confidential Information and Customer may not reverse engineer, decompile, disassemble, translate, copy, reproduce, display, publish, create derivative works of, assign, sell, lease, rent, license, sublicense or grant a security interest in all or any portion of the Deliverables.   Subject to terms and conditions of the Agreement and this

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

Addendum, and during the Term, NetSuite hereby provides Customer with a limited, non-exclusive, non-transferable (except in connection with an assignment under the General Provisions section of the Agreement applicable to assignment) and terminable license to use the Deliverables solely for Customer's internal operations in connection with its authorized use of the applicable Service.

**3.2. Tools.** Notwithstanding any other provision of this Addendum: (i) nothing herein shall be construed to assign or transfer any intellectual property rights in the proprietary tools, libraries, know-how, techniques and expertise ("Tools") used by NetSuite to develop the Deliverables, and to the extent such Tools are delivered with or as part of the Deliverables, they are licensed, not assigned, to Customer, on the same terms as the Deliverables or as otherwise agreed by Customer; and (ii) the term "Deliverables" shall not include the Tools. Tools are NetSuite Confidential Information. Customer customizations may require the use of the SuiteCloud features governed by the SuiteCloud Terms of Service at www.netsuite.com/termsofservice.

## 4. Professional Services Warranty.

**4.1. Professional Services Warranty.** NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, and resources to provide and perform the services in accordance with this SOW; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. NetSuite shall not reassign, diminish or remove any key personnel or other resources reasonably necessary to providing and performing Professional Services without Customer's prior consent (when practicable), which shall not be unreasonably withheld. NetSuite's ability to successfully perform hereunder is dependent upon Customer's provision of timely information, access to resources, and participation. If through no fault or delay of Customer the Professional Services do not conform to the foregoing warranty, and Customer notifies NetSuite within sixty (60) days of NetSuite's delivery of the Professional Services, Customer may require NetSuite to re-perform the non-conforming portions of the Professional Services.

**4.2. Disclaimer.** THE WARRANTIES STATED IN SECTION 4.1 ABOVE ARE THE SOLE WARRANTIES AND REMEDIES FOR CUSTOMER AND NETSUITE EACH DISCLAIMS ANY AND ALL OTHER WARRANTIES OR CONDITIONS RELATED TO THE PROFESSIONAL SERVICES AND DELIVERABLES TO BE PERFORMED FOR AND DELIVERED TO CUSTOMER PURSUANT TO THIS ADDENDUM AND ANY STATEMENT OF WORK. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, TITLE AND NON-INFRINGEMENT. EXCEPT AS PROVIDED HEREIN, THE PROFESSIONAL SERVICES AND DELIVERABLES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

5.      **Limitations of Liability for Professional Services.**  IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, COVER, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY, BREACH OR REPUDIATION OF CONTRACT, NEGLIGENCE, TORT, STATUTORY DUTY OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THE APPLICABLE SOW.  NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE APPLICABLE SOW OR AGREEMENT, THE MAXIMUM LIABILITY OF NETSUITE TO ANY PERSON, FIRM OR CORPORATION WHATSOEVER ARISING OUT OF OR IN THE CONNECTION WITH ANY PROFESSIONAL SERVICES, DELIVERABLES AND/OR TOOLS WHETHER SUCH LIABILITY ARISES FROM BREACH OR REPUDIATION OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, TORT, STATUTORY DUTY, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THE APPLICABLE SOW SHALL BE THE AMOUNT PAID BY CUSTOMER FOR THE SERVICES UNDER THE APPLICABLE SOW.  THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF THE PARTIES ARISING FROM THIS ADDENDUM AND ANY SOW.    THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH THE PROFESSIONAL SERVICES AND THAT, WERE NETSUITE TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER.  CERTAIN STATES AND/OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE EXCLUSIONS SET FORTH ABOVE MAY NOT APPLY TO CUSTOMER. NOTHING IN THIS AGREEMENT EXCLUDES OR RESTRICTS THE LIABILITY OF EITHER PARTY FOR DEATH OR PERSONAL INJURY RESULTING FROM ITS NEGLIGENCE.

6.      **Term.**  This Addendum shall be effective as of the Effective Date of the Agreement and shall continue in effect during the Term of the Agreement.  Each SOW shall commence on the date it is last signed, and shall expire upon completion of the project set forth in the applicable SOW, or as otherwise set forth in the applicable SOW.  Once signed by both parties, a SOW and/or an Estimate/Order Form shall be non-cancellable, except as otherwise explicitly stated in such SOW or Estimate/Order Form.  Sections 4.2 and 5 through 11 shall survive termination of this Addendum.

7.      **Subcontracting.**  NetSuite's relationship with Customer pursuant to this Addendum will be that of an independent contractor.  Neither party will have any authority to bind the other, to assume or create any obligation, to enter into any agreements, or to make any warranties or representations on behalf of the other.  Nothing in this Addendum shall be deemed to create any agency, partnership or joint venture relationship between the parties.  Each party is solely responsible for all of its employees and agents and its labor cost and expenses and for any and all claims, liabilities or damages of any type whatsoever that may arise on account of each party's activities or those of its employees or agents in the performance of this Addendum.  NetSuite reserves the right to use third parties (who are under a covenant of confidentiality with NetSuite), including, but

DocuSign Envelope ID: 7740C869-A696-4CD1-8DCE-64C148C58B73

not limited to, offshore subcontractors to assist with the Professional Services, including, without limitation, any data migration, configuration, implementation and custom code development processes.

**8.      Non-Impediment.**      Provided that NetSuite does not use any Customer Confidential Information except as permitted herein, nothing in this Addendum shall be construed as precluding or limiting in any way the right of NetSuite to provide consulting, development, or other services of any kind to any individual or entity (including without limitation performing services or developing materials which are similar to and/or competitive with the Professional Services and/or Deliverables hereunder).

**9.      Non-Solicitation.**  To the extent permissible by applicable law, during the Term and for a period of twelve (12) months following termination or expiration of the Agreement, Customer agrees that it will not directly solicit the engagement or employment of any of the employees or contractors of NetSuite who have been engaged in the provision of Professional Services, without written permission of NetSuite.  The foregoing will not apply to persons who have independently responded to general solicitations (such as general newspaper advertisements and internet postings) not targeting such persons.

**10.      Entire Addendum.**    The parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the Service to achieve the requirements identified by Customer.  This Addendum, together with the attached exhibits that are incorporated by reference, and the Agreement, constitute the complete agreement between the parties and supersede all prior or contemporaneous agreements or representations, written or oral, concerning the subject matter of this Addendum and such exhibits.  The parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite.  No other act, document, usage or custom shall be deemed to amend or modify this Addendum unless agreed to in writing signed by a duly authorized representative of both parties.