Exhibit B

DocuSign Envelope ID: C0BC7472-85B4-4395-BCF3-CB2D2193C259



# Estimate

Page 1 of 4

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| | |
|---|---|
| Date | 5/10/2016 |
| Estimate # | 380137 |
| Acct. No. | 4110640 |
| Estimate Expiration Date | 9/1/2016 |
| Sales Rep | Fitzpatrick, Kevin D |
| Partner | |
| Superseding Estimate | No |
| Currency | USD |
| Subscription Services Start Date | 9/1/2016 |
| Subscription Service Billing Terms | Customized terms |
| Professional Service Billing Terms | Customized terms |

**Bill To**

WG America Company
2 East Pointe Drive
Birdsboro PA 19508
United States

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| NetSuite Manufacturers Mid Market Edition | 1 | NetSuite Manufacturers Mid Market Edition. ** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping depending on your location ** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support ** Productivity tools including contacts/calendar/events ** Lot Management ** Multiple Units of Measure ** Matrix Items: automatically manage multiple item options ** Serialized Inventory ** Bar Coding: items and transactions ** Pick, Pack, Ship ** Demand projection of items ** Inventory Planning ** Advanced Shipping with integrated UPS or FedEx shipping ** Define routings with setup times and run rates ** Track manufacturing activities (including labor and machine time) by sequence of operations ** Assemblies with management of multi-level sub-components, assembly build/unbuild, and inventory tracking of finished build vs. sub-components ** Work Orders for managing both Production Order and Special Order assembly build workflows to replenish stock levels or handle custom orders ** Grid Order Management to simplify entry and management of multi-attribute SKUs ** Basic ECommerce with integrated catalog ** Real-time Dashboards with key business metrics, report snapshots ** Customer Center and Partner Center logins ** 5 Employee Self-Service Users ** 30,000 integrated bulk mail merges per month ** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients ** 10 GB File Cabinet and 10 GB Data storage per account | 12 | 53,988.00 |
| NetSuite General Access User | 30 | General access user for NetSuite. | 12 | 35,640.00 |
| OneWorld Module - Mid Market Edition | 1 | NetSuite OneWorld includes ** 3 Subsidiary companies ** Multi- company / Multi-org support in single NetSuite Account ** Segregated ERP and G/L for each Subsidiary ** Global CRM and Sales Support ** Multiple transaction and consolidation currencies ** Local functional currency reporting for each Subsidiary ** Real-time consolidated financial reporting for multiple currencies ** Multi-country regulatory tax and reporting support<br><br>Customer understands and agrees that once NetSuite OneWorld has been provisioned to the NetSuite Service, the NetSuite Service and Customer Data cannot be switched back to a non OneWorld state. | 12 | 23,988.00 |
| SuiteCommerce Advanced - Mid Market Edition | 1 | Advanced ecommerce web store for one (1) brand/domain/design and up to two (2) development /staging sites.  Key features include: CDN caching, Solr site search, Responsive design, Reference Shopping & My Account bundles, Dynamic merchandising, Faceted navigation, SEO page generation, Multiple alternative images and image zooming, Multiple countries, currencies and languages. | 12 | 59,988.00 |

 **NETSUITE**

# Estimate

Page 2 of 4

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Date | 5/10/2016 |
| Estimate # | 380137 |
| Acct. No. | 4110640 |

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| Fixed Asset Management Module – Mid Market Edition | 1 | Fixed Asset Management:<br>** Acquire, Depreciate, Dispose and Revalue assets<br>** Depreciation Management<br>** Asset Process Accounting Automation<br>** Real Time Asset Reporting<br>** Up to 500,000 assets | 12 | 7,188.00 |
| Advanced Financials Module - Mid Market Edition | 1 | Advanced Financials:<br>** Advanced Budgeting<br>** Expense Allocations<br>** Amortization Schedules<br>** Advanced Billing Schedules<br>** Milestone Billing (when used with Advanced Project Accounting)<br>** Statistical Accounting<br>** Allocation Enhancement | 12 | 7,188.00 |
| Incentive Compensation Module - Mid Market Edition | 1 | Incentive Compensation for NetSuite & NetSuite CRM+<br>** Commission Schedules based on products, percentage attainment, thresholds and dates<br>** Commission Plans with multiple Commission Schedules<br>** Automated management of Special Incentives (spiffs)<br>** Roll Up Commissions Plans with Manager incentives<br>** Executive Commission Plan management<br>** Process and pay Commissions (U.S. version & NetSuite Payroll required)<br>** Alt Sales Amount (ASA) | 12 | 7,188.00 |
| NetSuite Silver Customer Support | 1 | NetSuite Silver Support provides online case submissions during normal business hours in your local time zone. Current URL Terms for support are located at www.netsuite.com/supportterms. | 12 | 43,912.80 |
| NetSuite Sandbox Environment | 1 | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br>Development Environment<br>** Access to Development Environments includes 3 distinct accounts with no data<br>** Isolated environment – changes shielded from live production account.<br>** 5 full access users per account<br>** 10 GB File Cabinet and 10 GB Data storage per account<br>** Same features and modules as the production account<br>** Accounts cannot be used for production purpose<br><br>NetSuite uptime guarantee does not apply to Sandbox & Development Environments. | 12 | 39,033.60 |
| Subtotal | | | | 278,114.40 |
| Discount | | Discount | | -209,565.04 |
| Subtotal | | | | 68,549.36 |
| Implementation Service - Fixed Bid | 1 | The price for the Implementation Service will be fixed as per the agreed upon Statement of Work. | 12 | 129,600.00 |

DocuSign Envelope ID: C0BC7472-85B4-4395-BCF3-CB2D2193C259



# NETSUITE

# Estimate

Page 3 of 4

| | |
|---|---|
| Date | 5/10/2016 |
| Estimate # | 380137 |
| Acct. No. | 4110640 |

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| End User Training Services | 1 | The price for End User Training Services will be fixed per the agreed upon Statement of Work. | 12 | 9,600.00 |
| SuiteSolutions - Dashboard Tiles | 1 | SuiteSolutions - Dashboard Tiles - enables dashboard portlets to display KPIs in a tile layout. This item is a Professional Services Deliverable and is further described and provided to you pursuant to the terms set forth in the applicable SuiteSolutions Terms of Service located at www.netsuite.com/tos. | 12 | 0.00 |
| SuiteSolutions - Navigations Portlets | 1 | SuiteSolutions - Navigations Portlets - enables dashboard portlets to organize frequently accessed menu links. This item is a Professional Services Deliverable and is further described and provided to you pursuant to the terms set forth in the applicable SuiteSolutions Terms of Service located at www.netsuite.com/tos. | 12 | 0.00 |
| Training Implementation Package 2 | 1 | This Training Implementation Package includes: 2 seats in NetSuite Essentials, 2 seats in a SuiteAnalytics course, 1 seat in SuiteFlow: Fundamentals, and 1 certification exam voucher.<br><br>The courses and exam must be completed, or forfeited, no later than one (1) year after purchase. By signing this Estimate, you acknowledge and agree to abide by NetSuite's training cancellation policies as detailed on the Training website (http://www.netsuite.com/portal/services/training/faq.shtml#C).<br><br>These training and workshop services shall be provided pursuant to the "NetSuite Professional Services Agreement" located at www.netsuite.com/termsofservice. | 12 | 0.00 |
| Subtotal | | | | 139,200.00 |
| Discount | | Discount | | -17,699.98 |
| Subtotal | | | | 121,500.02 |
| Implementation Service - Fixed Bid | 1 | The price for the Implementation Service will be fixed as per the agreed upon Statement of Work. | 12 | 67,500.00 |
| Subtotal | | | | 67,500.00 |
| NetSuite Time & Material Services | 1 | NetSuite Professional Services time and material fees based upon Statement of Work. Hourly Rate: $135 | 12 | 0.00 |
| Subtotal | | | | 0.00 |
| | | Payment Terms:<br>License & Support: 4 Equal payments<br>1/4 Net 30<br>1/4 Net 60<br>1/4 Net 120<br>1/4 Net 180<br><br>Professional Services Implementation: 4 Equal Payments<br>1/4 Net 30<br>1/4 Net 60<br>1/4 Net 120<br>1/4 Net 180<br><br>Professional Services T&M:<br>Net 30 due in arrears<br><br>The Items included in this Estimate are based on our understanding of your business application requirements. While | | |

DocuSign Envelope ID: C0BC7472-85B4-4395-BCF3-CB2D2193C259

 **NETSUITE**  **Estimate**

Page 4 of 4

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

| | Date | 5/10/2016 |
| | Estimate # | 380137 |
| | Acct. No. | 4110640 |

| Item | Qty | Description | Term Mos. | Amount |
|---|---|---|---|---|
| | | you may have seen some of these features or discussed them with a NetSuite representative, the items below are NOT INCLUDED in this estimate. Should you have any questions about the items not included, please contact your NetSuite representative before returning the signed Estimate. | | |
| | | Project Management Module - including Automatic Job Creation, Advanced Job Tracking | | |
| | | SuiteAnalytics Connect Module - including access and query of NetSuite data using SQL through the following mainstream database standards: ODBC, JDBC and ADO.NET. | | |
| | | Revenue Recognition Module - including Revenue Recognition, Forecast Revenue, VSOE | | |
| | | SuiteCommerce Site Builder Module - including Advanced Site Customization, Advanced Web Search, External Catalog Site (WSDK), Web Hosting, Advanced Site Reports | | |
| | | Contract Renewals Module - including Automated Contract Renewals, Multiple Contract Support, Upsell / Downsell Management, Sales through multiple channels, Uplift Management | | |
| | | Advanced Software Module - including Self-Service Issue Tracking for Customers, Electronic File/Software Distribution for NetSuite | | |
| | | Resource Allocation Module - including Allocate resources to projects with defined start/end dates, durations and allocation types, view and manage resource allocation, and monitor associated utilization rates | | |
| | | Job Costing Module - including Calculate costs for labor based on tracked time, and account for these costs in your general ledger. Create project specific budgets for expenses and labor | | |

| | |
|---|---|
| Subtotal | 257,549.38 |
| Tax Total (SALES TAX 6.0%) | 3,463.54 |
| Total | $261,012.92 |

** NetSuite does not accept credit card payments for invoices of more than $20,000.

Upon your execution, this document is a binding order for the products and services set forth herein.

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

DocuSigned by:

Doug Shinn    *Doug Shinn*    31 August 2016 | 14:20 PDT
Print Name     Signature  425D0AB142C4431...  Date

Except as set forth above, the terms and conditions of the applicable agreement between you and NetSuite (including any updated URL Terms or other applicable web based terms in effect as of the date of this document) shall apply to the products and/or services set forth on this document. This document is non-cancellable and all fees are non-refundable, unless otherwise explicitly stated in this document or in the Agreement. For clarity, the Service Start Date shall be the date this document is signed by you, unless a different date is specified as the Service Start Date.