Exhibit C

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



# Professional Services

# Statement of Work for

## WG America Company
## 2 East Pointe Drive
## Birdsboro PA  19508
## United States
## ERP Implementation
## August 31, 2016

© 2016 NetSuite Inc.
Proprietary and Confidential
07/12/2016 SL1 1422620v4 106578.00016

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



# Statement of Work

## Table of Contents

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **3** |
| 1.1. | PROJECT CONTEXT | 3 |
| **2.** | **SCOPE OF SERVICES** | **4** |
| 2.1. | IMPLEMENTATION STAGES | 4 |
| 2.2. | SCOPE SUMMARY | 8 |
| 2.3. | PRODUCT FUNCTIONALITIES DETAIL | 11 |
| 2.4. | PROFESSIONAL SERVICES SOLUTIONS | 18 |
| 2.5. | SUITESOLUTIONS:  SETUP AND CONFIGURATION | 19 |
| 2.6. | THIRD PARTY VENDOR COORDINATION | 19 |
| 2.7. | TECHNICAL SCOPE DETAIL | 20 |
| 2.8. | DATA MIGRATION SCOPE DETAIL | 21 |
| 2.9. | USER ENABLEMENT SCOPE DETAIL | 21 |
| **3.** | **PROJECT TEAM** | **22** |
| 3.1. | PROJECT ROLES AND RESPONSIBILITIES | 22 |
| 3.2. | ONSITE ASSUMPTIONS | 24 |
| **4.** | **PROJECT ASSUMPTIONS** | **25** |
| **5.** | **PRICING & PAYMENT TERMS** | **30** |
| **6.** | **SIGNATURES** | **31** |

Confidentiality Notice

The information contained in this document is confidential and proprietary to NetSuite.  It is provided solely for the use of Customer to detail the approach and work to be accomplished for Customer's implementation.  This information may not be used for any other purpose and may not be further distributed.  Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution.  Review of this document shall constitute agreement to the restrictions stated above.

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

# 1. Introduction

Effective Date:     Later date signed by both Parties below
Customer Name:    **WG America Company** ("Customer")

This Statement of Work ("SOW") describes the professional services (the "Professional Services") to be performed by NetSuite Inc. ("NetSuite") for Customer (collectively "Parties") pursuant to the Professional Services Addendum to the NetSuite Subscription Services Agreement entered by and between the Parties on or about August 31, 2016 (the "PS Terms"). Once executed by the Parties, this SOW shall be incorporated by reference into the PS Terms. In the event of any inconsistency or conflict between the terms and conditions of this SOW and the PS Terms, the terms and conditions of this SOW shall govern with respect to the subject matter of this SOW only. Capitalized terms used in this SOW shall have the meaning defined under the PS Terms. This SOW may not be modified or amended except in a writing signed by a duly authorized representative of each party.

The terms and conditions and pricing listed in this SOW shall be valid starting from the date this SOW is provided by NetSuite to Customer and will expire thirty (30) days from such date, unless executed by the Parties.

## 1.1. Project Context

Customer is in the process of implementing, configuring, customizing and/or integrating NetSuite's proprietary hosted application(s) (the "Service") into Customer's business environment. Customer has requested that NetSuite provide resources to assist Customer's staff as set forth below (the "Project"). NetSuite and Customer shall commit resources to work on the Project (the "Project Team").

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

# 2. Scope of Services

This section details the scope of the Project and Professional Services to be provided pursuant to this SOW.

## 2.1. Implementation Stages

In performing the Professional Services hereunder, NetSuite expects to use the NetSuite One Methodology as described in more detail at http://www.netsuite.com/portal/services/consulting/methodology.shtml. This methodology is composed of activities logically grouped into distinct stages ("Stages"), which NetSuite believes makes it easier to provide management and control during the lifecycle of a project. Some activities extend through several or all Stages as needed. Not all projects or professional service engagements will use all Stages and complete all the activities outlined in this methodology. This staged approach has been designed to be flexible enough to allow specific requirements to be properly addressed and for methods and techniques to be selected and implemented as needed. The Stages and deliverables for this SOW are identified below.



### 2.1.1. Initiate Stage Deliverables
Following are key deliverables for the Initiate Stage of this Project:

Project Engagement & Preparation
NetSuite will be in contact with Customer within ten (10) business days after the Effective Date of this SOW to schedule the start of the Project. During the initial Project engagement, NetSuite will work with Customer in the coordination activities associated with the start of the Project, which will include:
- Establishing an agenda, finalizing required participants and setting expectations for the initial workshop;
- Coordinating with Customer Project Team on NetSuite Training programs;
- Preparing and reviewing of necessary inputs into the requirements process – questionnaires, samples, etc.;
- Providing the business process mapping questionnaires ("Questionnaires") for Customer completion;
  - In order to avoid delay and/or rework, Customer is urged (as a best practice) to schedule and participate in the Project Team Training (NetSuite Essentials) (described below) prior to completing any Questionnaires provided by NetSuite PS.
- Collecting of completed Questionnaires;
- Conducting a project kickoff meeting for Project participants and sponsors; and
- Preparing the initial project plan.

Project Team Training
NetSuite will provide enrollment in the following course(s) for members of the Customer Project Team and/or administration team according to the Estimate/Order

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

Form for this SOW. Enrollment in the course(s) must be completed, or forfeited, within the term of this SOW. Additional seats may be purchased separately under an Estimate/Order Form or through the Change Management Process.

- **NetSuite Essentials** – Comprehensive five-day program focused on how standard ERP and CRM business processes work in the Service and the associated best practices to set up, configure, and maintain core functionality.
- **NetSuite SuiteFlow:** Workflow Fundamentals – Two-day program focused on providing the attendee the fundamental workflow concepts to visually design and construct automated business processes.
- **NetSuite SuiteAnalytics:** Reports and Searches – Comprehensive two-day program focused on how to effectively use real-time reporting, searching, key performance indicators (KPIs) and dashboards in the Service.

Planning Workshop
NetSuite will conduct planning sessions using project management and NetSuite One Methodology best practices.

The planning workshop will incorporate the following:
- Definition of Project objectives and assumptions;
- Scope, phasing and process definition;
- Critical milestones, key dates, and timeline planning;
- Methodology review and confirmation;
- Definition of high level testing approach;
- Project Team finalization;
- Program management (communication, risk, quality);
- Adoption strategy and leadership team; and
- User community enablement.

The outcome of the planning workshop will be a project charter that will be signed by Customer and NetSuite PS.

### 2.1.2. Analyze Stage Deliverables
Following are key deliverables for the Analyze Stage of this Project:

Requirements Workshop
NetSuite and Customer shall attend a Requirements Workshop for discussing Customer's business requirements as described herein. NetSuite will conduct business process mapping sessions using best practices, standard questionnaires and process flows in order to analyze Customer's related business requirements. NetSuite will recommend solutions that minimize custom configuration and optimize system use where possible. Customer will appoint an overall owner for testing and ensure that sufficient time and budget is available, including staffing considerations for User Acceptance Testing (UAT).

The requirements workshop will include a detailed process review to understand the full requirements to support Customer's processes within the Service.

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

## Requirements Documentation
NetSuite will prepare a Business Requirements Document ("BRD") that will be used as the basis for the design and configuration of the Service. This document will include:
- Definition of required processes;
- Description of required configuration activities to support functional processes; and
- Identification of areas requiring custom solutions or partner solutions (if applicable).

## Requirements Review
NetSuite will conduct a requirements review. The purpose of the review will be to validate Customer expectations that have been captured and understood by the Project Team. The review process shall comprise:
- Customer questions and comments in the BRD using tracked changes;
- Compilation of all Customer questions and comments into a document created by Customer and delivered to NetSuite PS; and
- Customer and NetSuite jointly reviewing the above and mutually determining necessary updates to the BRD.

*Assumptions*
Customer acknowledges and agrees that the business requirements validated during Requirements Review and documented in the BRD ("Approved Business Requirements") shall serve as the basis for configuration of the Service under this SOW. In the event that the scope in the BRD is materially different than the scope agreed to hereunder, then Parties acknowledge and agree that the BRD must be mutually approved by both Parties prior to NetSuite initiating an estimation process for the amount of time or fees required to complete the Project pursuant to the BRD.

## Project Plan
Following completion of the mutually approved BRD, the Parties shall mutually agree to a target schedule for implementing the Approved Business Requirements.

### 2.1.3. Configure Stage Deliverables
The purpose of this Stage is to configure the Service according to the Approved Business Requirements. Any changes to the Approved Business Requirements and/or the number of standard process areas specified in Section 2.2.1 ("Process Areas") of this SOW may require a Change Order or a separate SOW that may result in additional costs to Customer.

The following are key deliverables for the Configure Stage of this Project:

Pre-Configuration Strategy
Configuration sessions are conducted with the Customer for the purpose of developing a strategy for carrying out the configuration of the Service to implement the Approved Business Requirements.

## Configuration of the Service
Configuration sessions are conducted with Customer for the purpose of implementing the Approved Business Requirements into the Service whereby NetSuite and Customer will work together to configure the Service for such purpose during these

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

sessions. NetSuite will provide initial configuration work for a given process area together with Customer in a teaching environment such that Customer is enabled to complete such configuration effort with limited assistance necessary from NetSuite PS.

Training Plan
NetSuite will collaborate with Customer on the creation of a training plan that will be used as the basis for the delivery of the end user training. This training plan will include:
- Definition of the agreed upon training process; and
- Identification of session topics, usage scenarios, training locations, participants' schedules and method of training delivery.

**2.1.4. Validate Stage Deliverables**
Following are key deliverables for the Validate Stage of this Project:

UAT Process
NetSuite will work with Customer in the coordination activities associated with Customer performing UAT, including:
- Best practice recommendations on conducting UAT;
- Assistance in resolving issues encountered by Customer during UAT;
- Review and assessment of final UAT results;
- NetSuite will not directly participate in UAT sessions conducted by Customer

**2.1.6. Deploy Stage Deliverables**
Following are key deliverables for the Deploy Stage of this Project:

Deployment Planning
NetSuite will provide Customer's Project Team with assistance for deployment related activities, including:
- Planning and guidance for production cut over strategy;
- Final data migration assistance; and
- Assistance on moving configurations, automations, and extensions from sandbox to production environments.

End User Training
NetSuite will provide Customer's end users with training on the configuration of the Service. Each curriculum includes instructions on the usability of the Service as it relates to that curriculum.

**2.1.7. Optimize Stage Deliverables**
Following are key deliverables for the Optimize Stage of this Project:

Go-Live Assistance and Optimization Planning
NetSuite will provide Customer's Project Team with up to four (4) weeks duration of a post go-live assistance period beginning immediately at go-live, including:
- Fine tuning of the system;
- Instruction on the NetSuite Support Services process;
- Identification of further optimization requirements; and
- End user assistance.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

*Optimize Stage Assumptions*
- Customer and NetSuite understand and acknowledge that go-live occurs upon cut-over to Customer's production environment and that Optimize Stage activities begin at go-live.
- Customer and NetSuite agree that both Optimize Stage activities and any final Project activities engaged in after completion of Optimize Stage activities are to be undertaken promptly by both Parties and completed within a reasonable time; such reasonable time for the completion of all Professional Services to be provided by NetSuite under this SOW may not be extended due to unreasonable Customer delay.
- Customer and NetSuite further agree that all Professional Services described hereunder have been completed upon conclusion of the post go-live assistance period.

### 2.1.8. Project Management Deliverables & Activities
Project Status Meetings & General Project Management
NetSuite will provide input into Project Team status meetings and general project management activities, including:
- Prepare presentation materials;
- Participate in project status meetings;
- Provide guidance on budgetary/resource management;
- Prepare meeting minutes/notes;
- Provide input to project schedule and plan;
- Coordinate team deliverables and action items; and
- Attend weekly project status update call.

Customer will be responsible for any of its organizational change and communication management activities associated with the Project.

### 2.2. Scope Summary

A summary of the Project scope is identified below, with a designation to signify if a portion is in or out of scope. A portion of functionality is generally excluded from the scope either because the functionality is not needed or because the Customer has opted to delay use of some functionality.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

### 2.2.1. Process Areas

The Service supports the below standard process areas. Certain process areas of the Service support particular functionalities. Customer wishes to support the below process areas designated as "In Scope" after having determined a set of desired Service functionalities. Customer is responsible for separately procuring the applicable Service and those products that support the below process areas designated as "In Scope." NetSuite will work with the Customer on the configuration of the following standard Service process areas:

| Process Area | In/Out Scope |
|---|---|
| **Record to Report** | **In Scope** |
| **Design to Build** | **In Scope** |
| **Marketing to ROI** | **In Scope** |
| **Lead to Quote** | **In Scope** |
| Web to Order | Out of Scope |
| **Procure to Pay / Return to Debit** | **In Scope** |
| **Order to Cash / Return to Credit** | **In Scope** |
| Resource to Project | Out of Scope |
| Project to Cash | Out of Scope |
| **Call to Resolution** | **In Scope** |
| Hire to Pay (Payroll) | Out of Scope |

### 2.2.2. Product Summary

In support of the standard process areas designated as "In Scope" in the preceding section, NetSuite will provide Professional Services for the products designated below as "In Scope" and listed in the applicable Estimate/Order Form. In the event of a conflict between the table below and the applicable Estimate/Order Form, such Estimate/Order form will govern and control.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

| Category | Product | In/Out Scope |
|---|---|---|
| Application | **NetSuite** | **In Scope** |
| | NetSuite OpenAir | Out of Scope |
| Products | **NetSuite OneWorld** | **In Scope** |
| | NetSuite Payroll | Out of Scope |
| | **Advanced Financials** | **In Scope** |
| | **Advanced Inventory** | **In Scope** |
| | Advanced Manufacturing | Out of Scope |
| | Advanced Procurement | Out of Scope |
| | Advanced Partner Center | Out of Scope |
| | Advanced Software | Out of Scope |
| | Contract Renewals | Out of Scope |
| | Demand Planning | Out of Scope |
| | Dunning Letters Module | Out of Scope |
| | Dynamic Allocations | Out of Scope |
| | Electronic File/Software Distribution | Out of Scope |
| | **Electronic Payments** | **In Scope** |
| | Electronic Payments (OneWorld) | Out of Scope |
| | **Employee Center Setup** | **In Scope** |
| | **Fixed Assets** | **In Scope** |
| | Grid Order Management | Out of Scope |
| | **Incentive Compensation** | **In Scope** |
| | International Taxation | Out of Scope |
| | Issue Management | Out of Scope |
| | Job Costing for SRP | Out of Scope |
| | Job Costing | Out of Scope |
| | Manufacturing WIP & Routing | Out of Scope |
| | **Mail Merge / E-Mail Comms** | **In Scope** |
| | Multi-Book Accounting | Out of Scope |
| | Project Management | Out of Scope |
| | Recurring Billing | Out of Scope |
| | Resource Allocation | Out of Scope |
| | Revenue Recognition | Out of Scope |
| | SuiteAnalytics Connect (was ODBC) | Out of Scope |
| | Site Builder | Out of Scope |
| | SuiteCommerce Advanced | Out of Scope |
| | Statistical Accounts | Out of Scope |
| | Warranty Management | Out of Scope |
| | **Work Orders & Assemblies** | **In Scope** |
| | WIP/Routing/Standard Costing | Out of Scope |
| | eCommerce Edition | Out of Scope |
| Pre-Packaged Integration Connectors | NetSuite / NetSuite OpenAir | Out of Scope |
| | **NetSuite / Microsoft Outlook** | **In Scope** |
| | NetSuite / NetSuite POS | Out of Scope |
| | NetSuite / UPS or FedEx | Out of Scope |
| | NetSuite ODBC Connector | Out of Scope |
| | NetSuite OpenAir / Exchange Server | Out of Scope |
| | NetSuite OpenAir / Google Calendar | Out of Scope |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 NETSUITE

Statement of Work

### 2.2.3. Additional Professional Services Summary

The following service types grouped by their respective service category that are designated below as "In Scope" and as further described in service category detail sections of this SOW, will also be provided by NetSuite as part of Professional Services under this SOW.

| Service Category | Service Type | In/Out Scope |
|---|---|---|
| Technical | **Technical Consulting** | **In Scope** |
| | SuiteScript Automation | Out of Scope |
| | SuiteTalk Integration | Out of Scope |
| | SuiteFlow Automation | Out of Scope |
| | Technical Analytics Consulting | Out of Scope |
| | Custom OpenAir Enterprise Connector | Out of Scope |
| | SuiteSolutions Customization | Out of Scope |
| SuiteCommerce | Web Design | Out of Scope |
| | Site Specific Customization | Out of Scope |
| Data Migration | **Data Consulting** | **In Scope** |
| | Import Services | Out of Scope |
| Education | **Training Services** | **In Scope** |
| Testing | Testing Services | Out of Scope |
| SuiteSolutions Setup/Configure | **SuiteSolutions Setup and Configure** | **In Scope** |

## 2.3. Product Functionalities Detail

This Section describes the detailed process area configuration efforts that will be provided by NetSuite as part of Professional Services included within the scope of this SOW in order to implement Customer's chosen product functionalities (as described above in Section 2.2.2 ("Product Summary")) into Customer's instance of the Service.

### 2.3.1. Organizational Structure

This Section describes the detailed process area configuration efforts that will be provided by NetSuite as part of Professional Services included within the scope of this SOW in order to implement Customer's chosen product functionalities (as described above in Section 2.2.2 ("Product Summary")) into Customer's instance of the Service.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 NETSUITE

Statement of Work

## Subsidiary Management

This SOW includes subsidiary management and consolidation and the following organizational structure will be implemented.

| Parent | Tier 1 | | Operations | Base Currency |
|---|---|---|---|---|
| WG Holding | WG America Company | Shinn Spring Water Company | Transactions | USD |
| | | BB Water Corp | Transactions | USD |
| | | NS Water Corp | Transaction | USD |
| | | The Water Guy Express | Transactions | USD |
| | BDS Milestone | BDS Riverside | Transactions | USD |
| | | BDS Milestone | Transactions | USD |
| | Forest Spring | | Transaction | USD |
| | Elimination Subsidiary | | Journal Entry Only | USD |

### Assumptions
- A single consistent Chart of Accounts ("COA") for parent and all subsidiaries will be configured.  Individual accounts within the COA can be limited to only one subsidiary.
- Each subsidiary (unless otherwise identified) is 100% owned by the parent.  Subsidiaries not owned 100% will reflect ownership by original entry or will have transactions adjusted through a manual elimination journal entry.
- All subsidiaries have the same fiscal year end (12/31).
- All subsidiaries will be configured with the user interface in English.
- Subsidiaries that conduct business with each other will account for transactions manually using standard journals or vendor/customer client transactions.  Transactions recorded on journals may be automatically eliminated.
- Employee time and expenses may be charged to customer clients or projects across subsidiaries, and entries to cross-charge the expenses may be automatically adjusted.
- Customer may need to export and manipulate relevant data from NetSuite to satisfy localized taxation and reporting requirements.
- Each subsidiary has its own master records, which are not shared across subsidiaries.
- Any statutory reporting requirements are not included within the scope of this SOW.

### Currency
This SOW excludes foreign currency setup and management.  All transactions will be configured for use with a single currency.

### Sales Tax
This SOW includes sales tax configuration for the US Nexus.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 NETSUITE

Statement of Work

### 2.3.2. Process Area General Configuration & Setup
This SOW includes the following general configuration and setup activities:
- Provide a review of the configuration basics within the Service in order for Customer to modify or create using standard functionality:
    - Review the standard reports;
    - Report builder;
    - Document storage;
    - User roles and permissions;
    - Saved search;
    - Custom fields, forms and form layouts.
- Installation of the following standard NetSuite dashboards, without modification:
    - CEO;
    - CFO;
    - Controller;
- Creation of the following identified configuration options
    - Create up to 10 NetSuite Fields;
    - Create up to 4 NetSuite Form/ Form Layouts;
    - Create up to 4 NetSuite Saved Searches; and
    - Customize up to 4 Standard NetSuite Reports.

### 2.3.3. Process Area Configuration Detail
This SOW includes the following basic process area configuration and setup activities

| Process Area | Details |
|---|---|
| Record to Report | NetSuite will set up and configure up to one (1) standard NetSuite Record to Report process.  This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records).<br><br>- General Accounting Setup including COA<br>- Setup of a single set of Financial Segments (Departments, Classes, Locations)<br>- Accounting Period Management<br>- Journal Entries (Standard, Recurring, Reversing, Intercompany, Expense Allocations)<br>- Budget Management<br>- Bank Accounts and Reconciliations<br>- Automated Intercompany Eliminations<br>- Fiscal Close<br>- Sales Tax<br><br>Additional Assumptions<br>- Standard Financial Statement Reports will be reviewed. |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

| Design to Build | NetSuite will set up and configure up to one (1) standard NetSuite Record to Report process.  This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records). |
|---|---|
| | <ul><li>Item Master (Gift Certificates, Multiple Units of Measure)</li><li>License, Maintenance and Support Contracts</li><li>Item Transactions<ul><li>Multi-Location Inventory</li><li>Inventory Transfers</li><li>Bar coding and item labels</li><li>Average cost</li><li>Lot tracking</li><li>Serialized Inventory</li></ul></li><li>Kits</li><li>Matrix Items</li><li>Work Orders (Build to stock or order)</li><li>Assemblies</li></ul><br>The following standard NetSuite Design to Build processes are assumed to be **excluded** from the scope of the project:<ul><li>Subscription Plans and Rate Plans (Recurring Fees, Usage Fees)</li><li>Work in Process (Inventory Chart of Account recording of materials, scrap)</li><li>Inventory tracking of finished build vs. sub-components</li><li>Bin Management</li><li>Demand Planning</li></ul><br>Additional Assumptions<ul><li>Inventory will be stored in multiple locations including field trucks</li><li>The Manufacturing and Demand Planning process will be part of Phase II and not included in this SOW.</li></ul> |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

| Lead to Quote | NetSuite will set up and configure up to one (1) standard NetSuite Record to Report process. This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records).<br><br>• Lead, Prospect and Contact Masters<br>• Sales Territories<br>• Sales Campaigns<br>• Lead Routing<br>• Opportunities<br>• Estimates<br><br>The following standard NetSuite Lead to Quote processes are assumed to be **excluded** from the scope of the project:<br>• Quota<br>• Sales Rep Forecast<br>• Sales Manager Forecast<br>• Advanced Partner Center<br><br>Additional Assumptions<br>• Advanced forecasting will not be used for Sales Rep and Sales Manager forecasts. A single forecast value per opportunity will be captured. |
|---|---|
| Marketing to ROI | NetSuite will set up and configure up to one (1) standard NetSuite Marketing to ROI process. This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records).<br><br>• Lead Generation (Manual, CSV Import, Online Lead Capture)<br>• Campaign Execution and Management<br>• Upsell Manager<br><br>Additional Assumptions<br>• NetSuite will assist with the creation of one campaign schedule. |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

| Procure to Pay/ Return to Debit | NetSuite will set up and configure up to one (1) standard NetSuite Procure to Pay / Return to Debit process.  This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records).<br><br>- Vendor Master<br>- Employee Master<br>- Purchase Orders<br>- Purchase Order Item Receipts<br>- Vendor Bills<br>- Vendor Bill Payments (Manual, Online Bill Pay, ACH Payment, Electronic Payments for single currency)<br>- Vendor Return Authorizations<br>- Vendor Return Item Fulfillments<br>- Vendor Credits<br>- Vendor Refunds<br>- Fixed Assets<br>- Amortization Schedules<br><br>The following standard NetSuite Procure to Pay / Return to Debit processes are assumed to be **excluded** from the scope of the project:<br>- Purchase Requisitions<br>- Employee Expenses<br>- Vendor Center |
|---|---|

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

| Order to Cash / Return to Debit | NetSuite will set up and configure up to one (1) standard NetSuite Order to Cash / Return to Debit process. This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records). |
|---|---|

- Customer/Contact Master
- Sales Orders
- Billing Schedules (Standard, Interval)
- Drop Shipments / Special Orders
- Sales Order Item Fulfillments (Pick, Pack and Ship)
- Invoices
- Customer Payments (Manual, Credit Card, EFT, PayPal,
- Electronic Payments)
- Customer Return Authorizations
- Customer Return Item Receipts
- Customer Credit Memos
- Commissions (Individual)

The following standard NetSuite Order to Cash / Return to Debit processes are assumed to be excluded from the scope of the project:

- Partner Master
- Billing Schedules (Milestone)
- Revenue Recognition (Term, Variable, Revenue
- Commitments, VSOE, EITF)
- Contract Renewals
- Subscription Billing (Order capture, Upsells, Proration,
- Billing Frequencies, Bill generation)
- Subscription Management (Renewals, Terminations,
- Suspensions, Error resolution)
- Register Imaging
- Commissions (Team, Partner)
- Sales Order Item Fulfillments (Electronic File Download
- Fulfillment)
- Customer Center

Additional Assumptions
- Client occasionally has the need to order special items for customers and drop ship items. This process will need to be invoiced directly to customer.
- Commissions will be calculated based on the following table.
- Commission

| | |
|---|---|
| Sales from $5,800 to $11,299: commission rate | 0.055 |
| Sales from $11,300 to $13,799: commission rate | 0.065 |
| Sales from $13,800 to $16,799: commission rate | 0.075 |
| Sales from $16,800 and above: commission rate | 0.085 |

- All coffee, case water and additional products are at a flat

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

|  | .065 commission rate.   We currently segregate these based on commission class by product code (item number)<br><br>■ Additional Income<br> • Paid based off of equipment installation, exchanges and pickups.<br> • New Installs with Equipment – $20<br> • Water Only Install – $15<br> • Exchange – $15<br> • Pickup – $10<br>■ Sales Leads<br> • Out of Scope |
|---|---|
| Call to Resolution | NetSuite will set up and configure up to one (1) standard NetSuite Call to Resolution process.  This configuration assumes up to one (1) record form/layout for each process element listed below and up to two (2) values in supporting data elements (list values, related records).<br><br>■ Case Origin (Manual, Email, Online Case Capture)<br>■ Routing and assignment<br>■ Issue Management<br><br>The following standard NetSuite Call to Resolution processes are assumed to be **excluded** from the scope of the project:<br>■ Escalations<br>■ Knowledge Base and Solutions<br><br>Additional Assumptions<br>■ Client requires the ability to track issues by customer and driver.  Client needs to understand the frequency of issues and have the ability to resolve to improve customer satisfaction. |

## 2.4. Professional Services Solutions

### 2.4.1. Pre-Packaged Integration Connectors
NetSuite will use the following approach for the use of pre-packaged integration connectors to be implemented by the Customer:
 • Review of Customer's related requirements in order to confirm standard design for the integration during the Analyze Stage.
 • Configure the Customer's Service to support integration.
 • Provide Customer with assistance on limited testing of the integration to validate the integration.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

Pre-packaged integration connectors identified below include a description of standard integration points.  Exact integration points to be used by Customer will be confirmed as part of the Analyze Stage of the Project.

| Integration Connector | Details |
| --- | --- |
| NetSuite / Microsoft Outlook | NetSuite will set up and configure up to one (1) standard NetSuite / Microsoft Outlook connector process.<br><br>• Contacts<br>• Calendar Events<br>• Tasks<br>• Messages |

*Assumptions*
- NetSuite's pre-packaged integrations may only be compatible with some versions of third party provider applications/services.  Customer is solely responsible for separately procuring all necessary rights to such third party provider applications/services and ensuring compatibility.
- Customer will provide where necessary temporary Administrator access to their third part application/service to support setup and configuration activities as defined in this SOW.

## 2.5. SuiteSolutions:  Setup and Configuration

Professional Services for SuiteSolutions setup and configuration include:  installation and configuration; QA testing; support for user acceptance testing; delivery into the production account; and two weeks of post-production support (starting from delivery into the production account).  Any Professional Services (including UAT support not previously requested) required after two weeks from date of delivery into the production account shall be handled through the Change Management Process for additional fees.  NetSuite shall setup and configure the following SuiteSolutions:

| SuiteSolutions | • Dashboard Tiles<br>• Navigation Portlets |
| --- | --- |

## 2.6. Third Party Vendor Coordination

**Definitions**
For the purposes of this section, the term "Vendor" refers to **(HighJump)** that have contracted directly with the Customer to provide, respectively, a separate software and integration Solution ("Vendor Project").  NetSuite will provide up to **40** hours in connection with Vendor coordination, as set forth in this section.

"Master Project Plan" is defined as a single project plan that incorporates detailed NetSuite implementation deliverables as well as high-level milestones and dependencies of the Vendor Project to be provided by Vendor.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

### 2.6.1. Vendor Coordination Approach

Project Coordination – NetSuite will cooperate with the Vendor and Customer to create, update and maintain a Master Project Plan.  NetSuite will work with Customer and Vendor to understand key elements of the Vendor Project and will cooperate with Customer and Vendor to estimate key milestones such as the go live date.

Status Reporting – As coordinated by Customer, a NetSuite Project Manager will meet with the Vendor and Customer Project Lead on an agreed upon basis, and together with the Vendor, will present a consolidated status report to the Customer Project Lead of the project status with regards to the Master Project Plan.  The report may include the following activities:

- Progress on (and changes to) key milestones/dates to the Master Project Plan
- Key issues/risks impacting the Master Project Plan
- Accomplishments related to the Master Project Plan
- Upcoming Schedule related to the Master Project Plan

### 2.6.2. Vendor Coordination Assumptions

Vendor Participation – Customer shall ensure Vendor will meet and cooperate with the NetSuite Project Manager on an agreed upon basis to provide the updates to be incorporated into the Master Project Plan, which may include:

- Updated Master Project Plan
- Progress on (and changes to) key milestones/dates
- Key Issues/Risks impacting the Master Project Plan
- Accomplishments related to the Master Project Plan
- Upcoming Schedule related to the Master Project Plan

Contract Administration – Any discussions relating to the Vendor Project will be handled directly by the Customer and Vendor.  Vendor has contracted directly with the Customer for all services and deliverables related to the Vendor Project, and deliverables listed in those contracts are not in scope of this Statement of Work and NetSuite will not be responsible or liable for the Vendor Project or the provision of any Vendor deliverables or services.

## 2.7. Technical Scope Detail

Professional Services for customizations and/or integrations include:  code development; QA testing; support for user acceptance testing; delivery into the production account; and two weeks of post-production support (starting from delivery into the production account).  Any Professional Services (including UAT support not previously requested) required after two weeks from date of delivery into the production account shall be handled through the Change Management Process for additional fees.

### 2.7.1. Technical Consulting Services

NetSuite will provide a Project Hour Allocation of up to **40** hours of technical consulting tasks.  The allocation of these hours will be determined between NetSuite and Customer.  The Project Hour Allocation for the hours of technical consulting can be used for any or all of the following tasks:

- Guidance – High level overview of the technologies, API assistance, discussions of mapping business processes, recommending technical best practices.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

- Analysis of technical requirements
- Customization of SuiteSolutions
- Workflows & Scripting Advisory

## 2.8. Data Migration Scope Detail

### 2.8.1. Data Consulting

NetSuite will provide a Project Hour Allocation of up to **20** hours of data migration consulting to Customer. These consulting services include a high level overview of NetSuite's CSV Import Tool and/or NetSuite OpenAir Connect, assistance with mapping Customer's existing data into NetSuite and guidance on migrating Customer's data attachment files. There are no specific deliverables for this effort. NetSuite will provide guidance, best practices, answer questions, and provide documentation where possible.

## 2.9. User Enablement Scope Detail

### 2.9.1. End User Training Services

NetSuite will train end users on the in-scope functional processes that are designated as "In Scope" in Section 2.2.1 ("Process Areas") of this SOW. The NetSuite resource will instruct users how to complete the Customer's business processes within the Service. Sessions will be targeted to users in similar roles and working in similar processes. The training will be tailored as appropriate to address Customer terminology, business processes, and system configuration. The training curriculum arrangement and number of training sessions (typically one per topic area, subject to implementation complexity) will be determined solely by NetSuite as part of the training plan development. These training Professional Services will include:

- Development of a training plan ("Training Plan"); and
- Delivery of customer training to extended Project Team or end users as identified in the Training Plan.

### 2.9.2. End User Training Materials

NetSuite will provide standard training curriculums and related materials based upon NetSuite's pre-existing, proprietary training materials ("Training Materials") The Training Materials shall address the requirements listed in the Training Plan. Those Training Materials provided for training under this Section shall be marked as "End User Training Materials". Training Materials will be delivered to the Customer in one master electronic format (PDF or MS Word) for each curriculum. All training materials will be provided in English only. Subject to Section 4. "Assumptions" below, Training Materials may be copied and distributed internally solely by Customer and solely for internal use in their ongoing training and support efforts. Customer is solely responsible for any editing, printing, shipping, and copying charges for Training Materials.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

# 3. Project Team

Customer is responsible for providing and ensuring Customer's committed participation of resources required during the Project.  The pricing and schedule reflect this important assumption.

This SOW is based on the assumption that the implementation of the Service under this SOW is performed jointly with Customer as a cooperative, hands-on Project, jointly managed by NetSuite and Customer pursuant to a shared consulting model for performing an implementation.

NetSuite will show Customer how to configure and maintain the system, as described in this SOW.  As an example, for a billing implementation, NetSuite will show Customer how to create a field in order for Customer to enter their remaining custom fields into the Service. This is a fundamental principle of the Implementation Project approach – Shared project responsibility.

NetSuite resources are not dedicated to any single implementation and may be engaged across many implementation projects for various customers.

## 3.1. Project Roles and Responsibilities

It is important to understand this is a list of project roles, not individuals, required to complete the Project.  Depending on the size of the engagement, a single individual may take responsibility for any number of roles or a single role may require more than one individual.

| Role | NetSuite | Customer |
|---|---|---|
| Sponsor | Responsible for providing NetSuite resources needed for a successful implementation. | Responsible for providing Customer resources needed for a successful implementation and promote process change where necessary. |
| Project Manager | Responsible for the oversight of NetSuite resources, schedules and deliverables.<br><br>■ Attend all key Project meetings<br>■ Point of contact for all day-to-day Project operations<br>■ Provide guidance and assistance for the management of the Project issues log<br>■ Lead regular Project | Responsible for the oversight of Customer resources, schedules and deliverables.<br><br>■ Attend all key Project meetings<br>■ Point of contact for all day-to-day Project operations<br>■ Serve as gatekeeper for Project issues log<br>■ Participate in regular Project status meetings |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

|  | status meetings |  |
|---|---|---|
| Administrator | Not Applicable | Responsible for all configuration tasks and ongoing Service administration.<br><br>- Point of contact for all day-to-day configuration sessions<br>- Learn and participate in creation of all Customer specific configurations<br>- Manage user acceptance tasks, including testing documentation<br>- Drive decisions on data migration activities<br>- Support and manage organization's ongoing Service use |
| Functional Consultant(s)/ Business Process Owner(s) | Responsible for providing leadership and guidance on the overall design and configuration of business process flows.<br><br>- Point of contact for all day-to-day configuration sessions<br>- Define overall system design to support defined requirements<br>- Guide definition and creation of Customer specific configurations | Responsible for design and acceptance of business process flows.<br><br>- Attend Project meetings related to area of ownership<br>- Assist in the definition and configuration of processes<br>- Participate in user acceptance testing activities |
| Extended Team | As needed NetSuite resources (including Subject Matter Experts, Technical and/or Education resources) to support the scope of the Project. | Additional Customer resources as needed to support the scope of the Project. |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

## 3.2. Onsite Assumptions

This SOW is created with the assumption of onsite Professional Services. A summary of planned onsite visits by NetSuite resources follows.

| Stage | Deliverable/Activity | Visits | Resources | Duration |
|-------|---------------------|--------|-----------|----------|
| Analyze | Business Requirements Workshop | 1 | 3 | 3 – 4 Days |

All onsite Professional Service engagements are assumed to be a single location over consecutive days.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 NETSUITE

Statement of Work

# 4. Project Assumptions

Customer acknowledges that its participation and cooperation are critical for the success of the Project.  Unless otherwise noted in this SOW or agreed to in writing, the following assumptions are based on information provided by Customer to NetSuite relating to the Project and have been used to develop NetSuite's current level of effort and fees. Deviations from these assumptions may lead to commensurate changes in the timeline and fees and will be handled through the Change Management Process described in the PS Terms.

   a) **SOW Term/Expiration:**  Unless otherwise agreed upon by both Parties and duly executed in writing, the obligation of NetSuite to provide Professional Services to the Customer under this SOW expires the earlier of:  1) expiration or termination of the PS Terms; 2) completion of the Professional Services described in this SOW; or 3) 12 months from the Effective Date of this SOW.

   Extension of the SOW Term/Expiration shall require an amendment to this SOW agreed to by and between Parties; such extension does not require any fees and shall be at no cost to Customer.

   b) **Delivery of Professional Services:**

      i. **Scope:**  Any item or activity not specifically included within the scope of this SOW is deemed outside the scope of this SOW.  Any changes made to the Approved Business Requirements are outside the scope of this SOW and may require a Change Order or separate SOW.

      ii. **Remote Professional Services:**  The Professional Services outlined in this SOW will be provided remotely in English (whether verbally or in writing), with communication via telephone, email and web-conference (the standard platform for online delivery is Cisco WebEx tools) from NetSuite's own facilities.

      iii. **Onsite Professional Services:**  If onsite services are incorporated into this SOW, the schedule for any onsite services will be determined between NetSuite and Customer upon Project start.  If initial onsite or additional onsite Professional Services become necessary during the term of this SOW, then such Professional Services shall be provided subject to the Change Management Process for additional fees.

      iv. **No Recording:**  Customer shall not film or record NetSuite delivery of Professional Services, NetSuite resources, or NetSuite materials.

      v. **Business Hours/Overtime:**  Any and all hours outside normal business hours and/or in excess of ten (10) hours per day per NetSuite resource or fifty (50) hours per week per NetSuite resource require the prior written consent of NetSuite.

      vi. **Project Hour Allocations ("Project Hour Allocation"):**  In the event Project Hour Allocations are included within the scope of this SOW, Customer

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

is responsible for identifying the work to be provided by NetSuite as Project Hour Allocations under this SOW and Customer is also responsible for determining the priority of objectives regarding such Project Hour Allocations. Customer acknowledges and agrees that:  (a) any Project Hour Allocations specified in this SOW include up to the number of Professional Service hours listed and not specific deliverables; (b) any Project Hour Allocations listed in this SOW may not have been fully scoped and there is no assurance that the work identified by Customer for NetSuite to provide as Project Hour Allocations can be completed within the hours allotted under this SOW or even that such work can be completed at all; and (c) NetSuite reserves the right in its sole discretion to reject any request for work identified by Customer to be provided by NetSuite as Project Hour Allocations if NetSuite reasonably believes such work is outside of the types of services normally provided by NetSuite PS. Project Hour Allocations may be consumed by NetSuite in completing preparations for meetings, completing offline research, completing offline configurations or other action items.

vii. **Cancellation / Postponement:**  NetSuite and Customer shall use commercially reasonable efforts to attend all scheduled Project meetings. The repeated cancelation of Project meetings may result in Project delay and additional costs.

viii. **Customer Participation:**  Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to its requests for information and other requests related to the Professional Services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded within a reasonable period of time with the requested information or any acknowledgement of such request and NetSuite has undertaken reasonable efforts to follow up with Customer, NetSuite may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer.  If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW and Customer shall remain liable for payment of all Professional Services fees as set forth herein.  Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional Professional Services fees contemplated there under, even if listed in the original SOW.

c) **Scope of Services:**

i. **Standard Functionality:**  Service functions referenced herein are assumed to be standard functionality implemented through configuration changes only, except as may otherwise be specified in this SOW.  Any changes to the business processes supported by the SuiteFlex code or to the level of functionality supplied are outside the scope of this SOW.

ii. **Licenses Procurement and Acceptance of Terms:**

a. Any rights for Customer to use the Service (including without limitation any Service functionalities, products, modules and features) are outside

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

the scope of this SOW and must be separately procured by Customer from NetSuite pursuant to an Estimate/Order Form under the NetSuite Subscription Services Agreement.

**b.** Additionally, Customer is responsible for separately procuring, at its own expense, all necessary rights for its and/or NetSuite's use of any Customer or third party technology that will be used within the scope of this SOW, including any applications and/or services with which the Service can be connected through integrations. Customer represents and warrants that it will procure all such rights prior to using or permitting NetSuite's use of any such third party technology hereunder. Customer acknowledges that use of third party technology and/or services not already licensed or purchased by Customer may require additional licenses and fee(s) that must be obtained separately by the Customer from the specific third party provider of such applications and/or services.

**c.** Without limiting SubSection (b) above, solely in the event that Customer instructs NetSuite in writing to download or use any open source or other software in connection with Professional Services, Customer hereby appoints NetSuite as an agent to perform such download for Customer (including accepting any click-through terms). In the event that Customer provides such written notice to NetSuite, Customer acknowledges that any such terms will be binding directly on Customer and that Customer (not NetSuite) is solely responsible for compliance with such terms.

iii. **Consistent Processes:** Customer is responsible for ensuring that common, consistent functional processes exist across the organization; including parent and all subsidiary companies (e.g. there will be one common Order to Cash process across the entire organization).

iv. **Future Product Release:** This SOW does not include time for management of the release process, analysis or implementation of functions and features that are not available within the current general release of the Service.

v. **Technical Customizations:** If technical services are incorporated in this SOW, the functionality outlined as technical services are general requirements and do not represent a technical design specification. Definition of complete, detailed requirements will be confirmed prior to development. Any resulting modifications to the custom code functionality, such as naming conventions, increase in forms or fields, or workflow processes, are outside the scope of this SOW.

vi. **SuiteCloud™:** SuiteCloud™ is the technology toolkit for customization, verticalization, and business process automation within NetSuite Business Operating System (BOS) platform. Any SuiteCloud customization requirements not identified in this SOW under the Customization sections and discovered during the implementation process will be subject to Change Order, priced according to complexity, and the change management process will be followed. Any changes to the business processes supported by the

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860



Statement of Work

SuiteCloud code or to the level of functionality supplied will be subject to additional fees under a separate SOW or Change Order.  In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"), NetSuite retains all right, title and interest in and to such Tool(s) and no license to such Tool(s) is granted hereunder.

vii. **Integration/Web Services:**   Except as expressly set forth herein, integration, including any SuiteScripting to support integration efforts, is not included in this SOW.  In the event that requirements surface for Integration/Web Services functionality that are not outlined in the Integration/Web Services section of this document a separate SOW will be developed and the change management process will be followed.  In the event that NetSuite coordination of a third party integration vendor is required and agreed to by NetSuite, NetSuite will regularly communicate project status with the said third party, including key milestones, dependencies, and risks.

d) **Project Staffing:**

i. **Customer Resources Availability:**  Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access or change to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

ii. **Administrator:**   The Administrator role on the project is critical to the success of the Project and long term adoption of the Service.    The Administrator is to be in place prior to the start of the Project and remain for the duration of the engagement.

e) **Project Schedule:**

i. **Deployment:**  The Plan will be created with a single deployment schedule – meaning, all functional areas listed in this SOW will be configured and deployed at the same time, not in multiple phases or deployments.  Changes to the deployment schedule, including the addition of deployment phases, shall be subject to the Change Management Process at additional cost.

ii. **Timeliness of Responses:**  Customer is responsible for acknowledging and responding to documents relating to this Project.  These documents could be requirements documents, escalation issues or end-of-project notices.  Some documents will require Customer's signature / e-signature before NetSuite can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

f) **Training Professional Services:**

i. **Training Deliverables:**   Customer is solely responsible for any printing, shipping and copying charges for any training Deliverables.  All electronic and hard copy versions of the training Deliverables are provided for Customer's

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

internal training purposes only. Customer is prohibited from: (a) modifying the training Deliverables; and (b) reselling or sublicensing any training Deliverables. Customer may not utilize the training Deliverables to replicate or attempt to perform the training or to develop or attempt to develop any of the products described in such training Deliverables. Customer may not record, film, stream or otherwise capture any performance or aspect of the training Professional Services. Training Deliverables are not subject to any maintenance, support or updates.

    **a.** <u>End User Training Materials</u>. Irrespective of the above, Customer has the limited, non-exclusive, non-transferable and terminable right to utilize any End User Training Materials for the sole purpose of training Customer's Users of the Service; such rights include the right to modify End User Training materials for such sole purpose.

  ii. **Training Delivery**. NetSuite Training Services sessions are delivered for a maximum of twelve (12) participants per session. When purchased, onsite end user training is assumed to be a one-time visit at a single location. All training will be conducted in English only. The standard platform for online training delivery is Cisco WebEx tools. Any changes to the above may require a Change Order.

  iii. **Demo Account**: In connection with NetSuite's provision of training hereunder, NetSuite may provide attending Customer employees ("Training Users") with temporary and limited access to the Service solely for such Training Users' non-commercial use and receipt of training hereunder ("Demo Account"). Such Training Users' access to the Demo Account shall be subject to the terms and conditions that appear upon the initial provisioning or use of the Demo Account ("Trial Account Agreement"). The Trial Account Agreement may also be found at <u>www.netsuite.com/termsofservice</u>. By selecting "I Agree" and/or accessing or using the Demo Account enabled for Customer by NetSuite, Customer and the Training Users agree to the terms of such Trial Account Agreement in connection with Customer's use and the use by its Training Users of the Demo Account. NetSuite has no obligation to provide any maintenance, support or updates with respect to Customer's use of the Demo Account.

  iv. **Cancellation / Postponement**: The cancellation or postponement of training services within ten business days of the scheduled training deployment may result in additional costs.

**g) SuiteSolutions**

  i. Customer is responsible for separately procuring the right to use SuiteSolutions. The fees for the use/access to SuiteSolutions are not within the scope and/or costs described in this SOW. Unless specifically agreed in writing in this Statement of Work, SuiteSolutions are not supported, maintained or upgraded by NetSuite.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 **NETSUITE**

Statement of Work

# 5. Pricing & Payment Terms

**Fixed Fees:**  The pricing set forth in this SOW represents the fixed fees for the Professional Services set forth in this SOW. Additional discounts (if any) for these Professional Services will be reflected in the Estimate/Order Form that references this SOW and/or these Professional Services.  In the event of a conflict between the pricing set forth in this SOW and the pricing set forth in the Estimate/Order Form governing this SOW and/or these Professional Services, then the pricing set forth in the Estimate/Order Form shall govern and control.  Any expenses (as described below) are not included in the fixed fees and are an additional cost to Customer.

Customer acknowledges that the fixed price is based solely on the information provided to NetSuite and the assumptions documented in this SOW.  Any requirement(s) not included herein or items not contemplated will be considered outside of the fixed price scope and will be handled through the Change Management Process defined in the PS Terms, and may result in additional cost.  The total fees for this SOW are as follows:

| Professional Services Fees | | |
|---|---|---|
| Consulting and Implementation Services | $ | 129,600 USD |
| User Enablement Services | $ | 9,600 USD |
| Professional Services for the following SuiteSolutions: Dashboard Tiles Navigation Portlet | Included in Total Professional Services Fees Below | |
| **Total Professional Services Fees (excluding expenses described below)** | **$** | **139,200 USD** |

a) **Expenses:**   Reasonable travel and living expenses required in connection with delivering the Professional Services will be incurred by mutual agreement in accordance with NetSuite's internal travel and expense policy and billed to Customer as actual charges in addition to the Professional Services fees.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: A08F04D7-D4D3-456A-B0AA-5029847EA860

 NETSUITE

Statement of Work

# 6. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of professional services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the PS Terms) shall constitute the entire understanding between Customer and NetSuite and is intended as the final expression of the Parties' agreement regarding the Professional Services to be provided by NetSuite. The Parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both Parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified. This SOW may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this SOW executed in ink by both Parties.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| **CUSTOMER** | | **NETSUITE INC.** | |
|---|---|---|---|
| **By:** | *Doug Shinn* (DocuSigned by) — 425D0AB142C4431... | **By:** | *Mita* (DocuSigned by) — 2074BE2AD1D94DC... |
| **Print Name:** | Doug Shinn | **Print Name:** | Mita |
| **Title:** | President | **Title:** | Sr Director |
| **Company:** | WG America Company | **Company:** | Netsuite |
| **Date:** | 31 August 2016 \| 14:09 PDT | **Date:** | 31 August 2016 \| 14:42 PDT |

This SOW may be signed electronically, in which case signatures may appear above or on the last page.