Exhibit D

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

# Professional Services

# Statement of Work for

**WG America Company**
2 East Pointe Drive
Birdsboro PA 19508
United States

**SuiteCommerce Advanced
Fixed-Layout Implementation**
August 31, 2016

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

## Statement of Work

### Table of Contents

**1. INTRODUCTION** ...................................................................................**3**

    1.1. PROJECT CONTEXT ...................................................................3

**2. SCOPE OF SERVICES** .........................................................................**3**

    2.1. IMPLEMENTATION STAGES.........................................................3
    2.2. SCOPE SUMMARY ...................................................................3
    2.3. FUNCTIONAL SCOPE DETAIL ......................................................8
    2.4. SUITECOMMERCE SCOPE DETAIL................................................9
    2.5. KEY SCOPE AND APPROACH ASSUMPTIONS ....................................9
    2.6. EDUCATION SCOPE DETAIL .....................................................17

**3. PROJECT TEAM** ..............................................................................**23**

    3.1. PROJECT ROLES AND RESPONSIBILITIES .....................................23

**4. PROJECT ASSUMPTIONS**...................................................................**25**

**5. PRICING & PAYMENT TERMS**.............................................................**29**

**6. SIGNATURES** .................................................................................**30**

**Confidentiality Notice**

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished for Customer's implementation. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

# 1. Introduction

Effective Date:      Later date signed by both Parties below
Customer Name:    **WG America Company** (Shinn Spring Water Company) ("Customer")

This Statement of Work ("SOW") describes the professional services (the "Professional Services") to be performed by NetSuite Inc. ("NetSuite") for Customer (collectively "Parties") pursuant to the Professional Services Addendum to the NetSuite Subscription Services Agreement entered by and between the Parties on or about August 31, 2016 (the "PS Terms"). Once executed by the Parties, this SOW shall be incorporated by reference into the PS Terms. In the event of any inconsistency or conflict between the terms and conditions of this SOW and the PS Terms, the terms and conditions of this SOW shall govern with respect to the subject matter of this SOW only. Capitalized terms used in this SOW shall have the meaning defined under the PS Terms. This SOW may not be modified or amended except in a writing signed by a duly authorized representative of each party.

The terms and conditions and pricing listed in this SOW shall be valid starting from the date this SOW is provided by NetSuite to Customer and will expire thirty (30) days from such date, unless executed by the Parties.

## 1.1. Project Context

Customer is in the process of implementing, configuring, customizing and/or integrating NetSuite's proprietary hosted application(s) (the "Service") into Customer's business environment. Customer has requested that NetSuite provide resources to assist Customer's staff as set forth below (the "Project"). NetSuite and Customer shall commit resources to work on the Project (the "Project Team").

# 2. Scope of Services

This Section details the scope of the Project and Professional Services to be provided pursuant to this SOW.

## 2.1. Implementation Stages

In performing the Professional Services hereunder, NetSuite expects to use the NetSuite One Methodology as described in more detail at http://www.netsuite.com/portal/services/consulting/methodology.shtml. This methodology is composed of activities logically grouped into distinct stages ("Stages"), which NetSuite believes makes it easier to provide management and control during the lifecycle of a project. Some activities extend through several or all Stages as needed. Not all projects or professional service engagements will use all Stages and complete all the activities outlined in this methodology. This staged approach has been designed to be flexible enough to allow specific requirements to be properly addressed and for methods and techniques to be selected and implemented as needed. The Stages and deliverables for this SOW are identified below.

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work



### 2.1.1. Initiate Stage Deliverables

Following are key deliverables for the Initiate Stage of this Project:

<u>Project Engagement & Preparation</u>

NetSuite will be in contact with Customer within ten (10) business days after the Effective Date of this SOW to schedule the start of the Project.  During the initial Project engagement, NetSuite will work with Customer in the coordination activities associated with the start of the Project, which will include:

- Establishing an agenda, finalizing required participants and setting expectations for the initial workshop;

- Preparing and reviewing of necessary inputs into the requirements process – questionnaires, samples, etc.;

- Providing the business process mapping questionnaires ("Questionnaires") for Customer completion;

- In order to avoid delay and/or rework, Customer is urged (as a best practice) to schedule and participate in the Project Team Training (NetSuite Essentials) (described below) prior to completing any Questionnaires provided by NetSuite.

- Collecting of completed Questionnaires;

- Conducting a project kickoff meeting for Project participants and sponsors; and

- Preparing the initial project plan.

**In order to increase the effectiveness and efficiency of mapping business requirements, Customer is recommended to schedule and participate in the NetSuite SuiteCommerce Advanced training, prior to completing any questionnaires provided by NetSuite.**

<u>Planning Workshop</u>

NetSuite will conduct planning sessions using project management and NetSuite One Methodology best practices.

The planning workshop will incorporate the following:
- Definition of Project objectives and assumptions;
- Scope, phasing and process definition;
- Critical milestones, key dates, and timeline planning;
- Methodology review and confirmation;
- Definition of high level testing approach;
- Project Team finalization;
- Program management (communication, risk, quality);

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

- Adoption strategy and leadership team; and
- User community enablement.

The outcome of the planning workshop will be a project charter prepared by NetSuite that will be signed by Customer and NetSuite.

### 2.1.2. Analyze Stage Deliverables
Following are key deliverables for the Analyze Stage of this Project:

Requirements Workshop
NetSuite will conduct business process mapping sessions using best practices, standard questionnaires and process flows in order to analyze Customer's related business requirements.  NetSuite will recommend solutions that minimize custom configuration, automations, and extensions and optimize system use where possible. Customer will appoint an overall owner for testing and ensure that sufficient time and budget is available, including staffing considerations for User Acceptance Testing (UAT).

The requirements workshop will include a detailed process review to understand the full requirements to support Customer's processes within the Service.

Requirements Documentation
NetSuite will prepare a Business Requirements Document ("BRD") that will be used as the basis for the design and configuration of the Service.  This document will include:
- Definition of required processes;
- Description of required configuration activities to support functional processes; and
- Identification of areas requiring custom solutions or partner solutions (if applicable).

Requirements Review
NetSuite will conduct a requirements review.  The purpose of the review will be to validate Customer expectations that have been captured and understood by the Project Team.  The review process shall comprise:
- Customer questions and comments in the BRD using tracked changes;
- Compilation of all Customer questions and comments into a document created by Customer and delivered to NetSuite; and
- Customer and NetSuite jointly reviewing the above and mutually determining necessary updates to the BRD.

*Assumptions*:  Customer acknowledges and agrees that the business requirements validated during Requirements Review and documented in the BRD ("Approved Business Requirements") shall serve as the basis for configuration of the Service under this SOW.

Web Design Definition Review. Graphic Look and Feel
NetSuite Professional Services will:
- Provide a questionnaire to the Customer to update the design / look and feel items per the scope of this SOW.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

- Evaluate the Questionnaire answers.
- Design changes can only be made to the overall color scheme, addition of Customer logos and updated fonts.
- This is a one-pass review of the updates.

*Assumptions:*

1. This SOW includes the implementation of the Customer's web page designs based on the QuickStart templates.  If changes to the design outside of this scope or additional reviews are requested by the Customer, NetSuite will provide an estimate of effort required for any additional Professional Services in a Change Order or separate SOW.

2. The Professional Services and level of effort contemplated in this SOW assumes implementation of the Customer's web page designs based on NetSuite's out-of-the-box Reference Shop Flow, Reference My Account or Reference Cart and Checkout, however the complexity of such designs (and any subsequent changes to such designs) may affect the overall effort reasonably required to complete the deliverables under this SOW.  After review of the Customer's final web page designs and following agreement on the solution, NetSuite will provide an estimate of effort in a Change Order or a separate SOW for any additional Professional Services required for such solution.

Project Plan
Following completion of the mutually approved BRD, the Parties shall mutually agree to a target schedule for implementing the Approved Business Requirements.

### 2.1.3. Design Stage Deliverables
Following are key deliverables for the Design Stage of this Project:

Functional and Technical Design Workshop
NetSuite will conduct further design sessions leveraging best practices, standard process flows and inputs from the Analyze Stage as the model.  NetSuite will recommend solutions that minimize automations and extensions, and optimize system use where possible.

Functional and Technical Design Documentation
NetSuite will prepare a Design Document that will be used as the basis for the Configure Stage of the Project.  This document will include:
- Definition and validation of the technical; and
- Feasibility for proposed technical solutions.

### 2.1.4. Configure Stage Deliverables
The purpose of this Stage is to configure the Service according to the Approved Business Requirements.  Any changes to the Approved Business Requirements and/or the number of standard process areas specified in Section 2.2.1 ("Process Areas") of this SOW may require a Change Order or a separate SOW that may result in additional costs to Customer.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

The following are key deliverables for the Configure Stage of this Project:

Configuration of the Service
Configuration sessions are conducted with Customer for the purpose of implementing the Approved Business Requirements into the Service whereby NetSuite and Customer will work together to configure the Service for such purpose during these sessions. NetSuite will provide initial configuration work for a given process area together with Customer in a teaching environment such that Customer is enabled to complete such configuration effort with limited assistance necessary from NetSuite.

**2.1.5. Validate Stage Deliverables**
Following are key deliverables for the Validate Stage of this Project:

UAT Process
NetSuite will work with Customer in the coordination activities associated with Customer performing UAT, including:
- Assistance in resolving issues encountered by Customer during UAT;
- NetSuite will not directly participate in UAT sessions conducted by Customer [

**2.1.6. Deploy Stage Deliverables**
Following are key deliverables for the Deploy Stage of this Project:

Deployment Planning
NetSuite will provide Customer's Project Team with assistance for deployment related activities, including:
- Planning and guidance for production cut over strategy;

**2.1.7. Optimize Stage Deliverables**
Following are key deliverables for the Optimize Stage of this Project:

Go-Live Assistance and Optimization Planning
NetSuite will provide Customer's Project Team with up to **two (2) weeks** duration of post go-live assistance beginning immediately at go-live, including:
- Fine tuning of the system;
- Instruction on the NetSuite Support Services process;
- Identification of further optimization requirements; and
- End user assistance.

*Optimize Stage Assumptions*
- Customer and NetSuite understand and acknowledge that go-live occurs upon cut-over to Customer's production environment and that Optimize Stage activities begin at go-live.
- Customer and NetSuite further agree that both Optimize Stage activities and any final Project activities engaged in after completion of Optimize Stage activities are to be undertaken promptly by both Parties and completed within a reasonable time; such reasonable time for the completion of all Professional Services to be provided by NetSuite under this SOW may not be extended due to unreasonable Customer delay.

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

### 2.1.8. Project Management Deliverables & Activities
Project Status Meetings & General Project Management
NetSuite will provide input into Project Team status meetings and general project management activities, including:
- Participate in project status meetings;
- Prepare meeting minutes/notes;
- Provide input to project schedule and plan;
- Coordinate team deliverables and action items; and
- Attend weekly project status update call.

Customer will be responsible for any of its organizational change and communication management activities associated with the Project.

## 2.2. Scope Summary

A summary of the Project scope is identified below, with a designation to signify if a portion is in or out of scope.  A portion of functionality is generally excluded from the scope either because the functionality is not needed or because the Customer has opted to delay use of some functionality.

### 2.2.1. Process Areas
The Service supports the below standard process areas. Certain process areas of the Service support particular functionalities.  Customer wishes to support the below process areas designated as "In Scope" after having determined a set of desired Service functionalities.  Customer is responsible for separately procuring the applicable Service and those products that support the below process areas designated as "In Scope."  NetSuite will work with the Customer on the configuration of the following standard Service process areas:

| Process Area | In/Out Scope |
|---|---|
| Web to Order | In Scope |

### 2.2.2. Product Summary
In support of the standard process areas designated as "In Scope" in the preceding section, NetSuite will provide Professional Services for the products designated below as "In Scope" and listed in the applicable Estimate/Order Form.  In the event of a conflict between the table below and the applicable Estimate/Order Form, such Estimate/Order form will govern and control.

| Category | Product | In/Out Scope |
|---|---|---|
| NetSuite Products | SuiteCommerce Advanced | In Scope |
| | SiteBuilder | Out of Scope |

### 2.2.3. Additional Professional Services Summary
The following service categories, designated below as "In Scope" and as further described in this SOW, will also be provided by NetSuite as part of Professional Services under this SOW.

| Category | Service | In/Out Scope |
|---|---|---|

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

| SuiteCommerce | Web Implementation | In Scope |
|---|---|---|
| | Site Specific Customization | In Scope |
| Data Migration | Data Consulting | Out of Scope |
| | Import Services | Out of Scope |
| Education | Training Services | Out of Scope |

## 2.3. Functional Scope Detail

### 2.3.1. Organizational Structure
SuiteCommerce scope of services excludes subsidiary management and consolidation. All processes and associated data are assumed to be for a single legal entity.

Currency
SuiteCommerce scope of services excludes foreign currency setup and management. All transactions will be configured for use with a single currency.

Sales Tax
SuiteCommerce scope of services excludes sales tax configuration.

### 2.3.2. Process Detail
This SOW includes the following basic process configuration and setup activities:

| Process Area | Details |
|---|---|
| Web to Order (SuiteCommerce Advanced) | 1. The scoped implementation will be deployed using SuiteCommerce Advanced latest, with all its components:<br>    a. ShopFlow<br>    b. Checkout, and<br>    c. My Account (Customer Center)<br><br>2. The following standard NetSuite **Web to Order setup** are assumed as **included** in the scope of the project:<br>    a. Domains Setup<br>    b. Search Criteria Setup<br>    c. Navigation Criteria Setup (Facets and Fieldsets)<br>    d. Sorting Criteria Setup<br><br>3. **Theme changes** included in the scope of the project are:<br>    a. Site general Color Scheme modifications.<br>    b. Site Fonts<br>    c. Branding and Corporate Company logo at the header top navigation. |

## 2.4. SuiteCommerce Scope Detail

### 2.4.1. Functional Areas Detail
Customer is looking to launch **one (1)** new full ecommerce web store**(s)** upon their NetSuite platform utilizing the SuiteCommerce Advanced version. NetSuite

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

Professional Services will engage the customer and provide its NetSuite knowledge expertise to accommodate the Web Stores included in this scope, fully integrated within NetSuite and equipped with all the functionalities defined on the scope.

### 2.4.2. Functional Areas Summary

A summary of the NetSuite Application functional areas follows, with a designation to signify if a portion of functionality is in or out of scope for this Project.

| Category | Functionality | Scope |
|---|---|---|
| Platform | Advanced Promotions Bundle | In Scope |
| | Gift Certificates | In Scope |
| | Content Management Tools | In Scope |
| | Merchandizing Tools | In Scope |
| | **Multiple Languages** | **Out Scope** |
| | **Multiple Currencies** | **Out Scope** |
| Site Theme | Responsive Design. | In Scope |
| | Social Media sharing:  Facebook, Twitter and Pinterest | In Scope |
| | Google Tag Manager | In Scope |
| | Google Analytics Universal | In Scope |
| Catalog and Site Navigation | Faceted Navigation, Narrowing and Filtering: based on item attributes/fields. | In Scope |
| | Customizable Search Criteria: based on item attributes/fields. | In Scope |
| | Customizable Sort Criteria: based on item attributes/fields. | In Scope |
| | Multi-View Layout includes (List, Grid and or Thumbs View) | In Scope |
| | Quick View | In Scope |
| | Mini-Cart | In Scope |
| | Categories (PS-Efficiencies Solution) | In Scope |
| Product Details | Tabbed Information Display | In Scope |
| | Multi Images Slider w/Zoom functionality | In Scope |
| | Videos: utilizing 3rd Party players (e.g. YouTube, Vimeo) | In Scope |
| | Product Reviews and Ratings. | In Scope |
| | Related Items | In Scope |
| | Upsell Items | In Scope |
| | Matrix items Display: dependable selections of available options, displaying specific image when selected. | In Scope |
| | Add to Cart | In Scope |
| | Add to Wish-list | In Scope |
| | Quantity Pricing (PS-Efficiencies Solution) | In Scope |
| Shopping Cart | Line-item Options editing | In Scope |
| | Recently Viewed Items | In Scope |
| | Upselling/Cross-selling Items | In Scope |
| | Shipping Estimator | In Scope |
| | Tax Estimator | In Scope |
| | Promo code / Gift-Certificate Entry | In Scope |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

| Checkout | Payment Methods:  Credit Cards, PayPal and Invoice for approved customers using terms | In Scope |
|---|---|---|
| | Shipping Methods: UPS, FedEx and/or USPS Real-time Integration.  Custom, flat-fee shipping methods | In Scope |
| | Guest Checkout | In Scope |
| My Account (Customer Center) | Profile Management | In Scope |
| | Account Balance | In Scope |
| | Order/Transaction History | In Scope |
| | Address Book Management | In Scope |
| | Case Management | In Scope |
| | Invoices and Payments | In Scope |
| | Credit Card Management | In Scope |
| | Return Requests | In Scope |
| | Print Statements | In Scope |

### 2.4.3. SuiteCommerce Advanced Design
At the start of the project, NetSuite Professional Services will provide a questionnaire to the Customer for documenting the design changes from the provided templates.

These changes will only include Customer specified:
    a. Colors-scheme and fonts
    b. Header corporate logo
    c. Site favicon

This will be the **one (1)** only instance Customer will have to specify look and feel of the website.

### 2.4.4. Website Setup
Setup of Website Record for the following elements:
    a. Facets Setup
    b. Fieldsets Setup
    c. Search Criteria Setup
    d. Sort Criteria
Other elements not mentioned are solely the responsibility of the Customer's.

### 2.4.5. Configuration, Development and Deployment
NetSuite will configure and develop the HTML needed to implement the Look and Feel defined in Section 2.2.2 into the following elements:

| Functional Area | Description |
|---|---|
| Reference ShopFlow - Implementation of the HTML/CSS to achieve a limited look and feel (based on | Web Store Theme Main Elements (Header/Footer) |
| | Homepage |
| | Item List Page - up to 2 (two) views: List & Grid |
| | Product Detail Page (PDP) |
| | Shopping Cart |
| | Product Reviews (Standard w/ Approval Workflow, SEO Index-able) |
| | Quick View |

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

| | |
|---|---|
| Wireframes) on the above mentioned elements | Mini Cart |
| | Recently Viewed Items |
| | 404 Landing Page (Page Not Found) |
| Content Delivery Service | Configuration and Setup of:<br>• One (1) Enhanced Page (i.e. Homepage Sliding Banner)<br>• Two (2) Landing Pages (i.e. About-us) |
| Reference Checkout | One of the three (3) basic Configurations available (One Page Checkout, OR 3 Steps Shipping First, OR 3 Steps Billing First). |
| Premium Customer Center (Reference My Account) | Sign in, Register, forgot password<br>Order history<br>Transaction history<br>Profile management<br>Address book management<br>Account balance<br>Case Management<br>Invoices and payments<br>Credit Card Management<br>Returns Requests<br>Print statements<br>View Quotes<br>Product/Wish Lists |
| Merchandising Rules | Configuration and Setup of following Merchandizing Rules:<br>• One (1) Featured Items list (at Homepage)<br>• One (1) PDP Related Items list<br>• One (1) PDP Custom Upsell Items list |
| Online Forms | • Newsletter Signup (email only)<br>• Contact Us (Up to 6 fields)<br>• Custom (Up to 10 fields) |

## 2.4.6. Platform Migration Support

| Functional Area | | |
|---|---|---|
| Assistance on 301 redirects | Assistance on mapping current web store URLs with the target SCA ecommerce.<br><br>During Analyze and Design phase, current site URLs structure will be reviewed to determine the best approach to match them with future SCA ones.<br><br>A one to one mapping per URL pair will be established as part of a CSV file, used for importing these entries into the NS system. Creation of this mapping via a CSV file will be considered a Customer task and responsibility. | In Scope |

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

| Web Store Advisory Services | Advisory support services for assisting Customer with basic settings required to run the web store, and guidelines on publishing web store products. | **In Scope** |
|---|---|---|
| Teams coordination on Item Creation | Project hour allocation of **20 support hours** for internal coordination (Customer and NS) on the most convenient way to define the items to be used on the web store. | **In Scope** |
| Coordination with UPAYA services | Project hour allocation of **30 support hours** for coordination with UPAYA partner on the integration of UPAYA's scheduling features. Integration of such features will be considered, for all situations, UPAYA's task and responsibility. NetSuite involvement will be limited to provide support and guidelines to the UPAYA team, to the extent of the hours included for this coordination.<br><br>Regarding Third Party Integrations: NetSuite does not accept responsibility for the viability of any 3rd party integration to NetSuite's products as part of this project. This statement of work includes hours assigned to support the Customer and/or Partner team, with the Partner's implementation; it does not constitute a formal acceptance that Partner's service will work with the NS System and/or work according to Customer's expectations.<br><br>Also, should more hours in terms of effort from the NetSuite professional services team be needed to support aforementioned integration, then a Change Order (with additional fees) will be required. | **In Scope** |

### 2.4.7. Ecommerce Solutions: Setup and Configuration

Professional Services for Ecommerce Solutions setup and configuration include: installation and configuration; QA testing; support for user acceptance testing; delivery into the production account. Any requirement for additional Professional Services shall be handled through the Change Management Process for additional fees.

NetSuite shall setup and configure the following SuiteSolutions:

| Functional Area | Description | |
|---|---|---|
| a. Unique email Registration | Module will avoid registration of duplicate customers from the Web Site registration form. This enforces uniqueness of emails, required at different places/instances (examples: sending email for resetting password, sending mail to user, finding user with specific email, etc.) | **In Scope** |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

| b.     Quantity Pricing table | Displays quantity pricing schedules on the PDP.<br><br>When the Customer adds a quantity pricing for a backend product, a table of those prices will display on the Product Detailed Page (PDP) of aforementioned product, in the front-end. | **In Scope** |
|---|---|---|
| c.     SCA Categories | Categories module will allow:<br>a. Back-office categorization of items by using the default Lists > Website > Categories NetSuite option.<br>b. A front end component that will display categories in the SCA website, so that they appear as a navigation hierarchy, allowing shoppers to navigate the website using product categories.<br>c. Generates configurable category landing pages for the SCA site.<br>d. Generates breadcrumb navigation on the web store<br>e. Deep linking to category landing pages so that they can be referred externally (this will help if category landing pages need to promoted in search engines, etc.)<br><br>**Out of scope features:**<br>a. Include Categories on Search results<br>b. Audiences or "Catalog per Customer"<br>c. Changing item order display from the back-office user interface | **In Scope** |

## 2.4.8. SuiteCommerce Additional Features

The following extensions will be created and configured for the current phase of the implementation:

| Functional Area | Description | |
|---|---|---|
| **1.**<br><br>**Validate zip code for new users' registration** | For new users registering with the site, make verification against a database of valid zip codes within the delivery zone that Customer serves.  If not within the area of delivery, user will be restricted from getting access to the site and will be prompted to contact Customer's Staff directly.<br><br>The database of zip codes will be provided by the Customer in a comma separated file format.  NetSuite will do the initial upload of zip codes.  Subsequent maintenance of this database of codes will consider, for all situations, a Customer's task and responsibility. | **In Scope** |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

| | | |
|---|---|---|
| | Users looking to be granted access into the site will enter their Zip Code; code will get verified and, if approved, user will be registered with access to the site. An initial price level will be assigned to the user with a lower price value than the default one used for the site.<br>When users place an order, their selected shipping address will need to match, in its zip code value, the one of the zip code they initially entered upon registering. Only one shipping address will be allowed to be selected per registered user.<br><br>In terms of the pricing displayed on the site, users will initially see the default online price applied to all products. Only after the user is validated and registered with the site a lower price level, applied to its matching customer record, will trigger (while the user is logged into the site) and show the price value they will get when placing an order.<br><br>Any additional fields (i.e. "birthday") required from user upon registration, will have to be listed by the Customer. NetSuite will provide up to 10 (ten) additional fields for the user to enter during registration, with no validation applied to the data entered on these fields.<br><br>**Important:**<br>a.  User's will not be able to change their shipping (delivery) address once entered into the system, to do so they will need to contact Customer's Staff directly or create a support case. See customization 2.4.8 #3. | |
| **2.**<br><br>**Maintain new users pricing level for one year** | After one (1) year of service, from the date the user registered with the web store, the price level of the user's associated customer record will roll back to the default online price used for the site.<br><br>For this a scheduled script will run once per day (suggested to do it nightly) and verify, for all registered users, if the current date is one year ahead of their initial registration (creation) date. If so, their price levels will be switched back to the site's online price.<br><br>**Important:**<br>a.  This roll back, on NS customer record's price, might affect past orders from the user, that are currently in a pending status, in such a way that actual amount of the order might change from the one originally | **In Scope** |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

| | | |
|---|---|---|
| | calculated and displayed on the web store, with the old price level.<br>b. Remediation for this issue has not been included as part of this scope of work.  If required a Change Order will be issued (fees will apply). | |
| **3.**<br><br>**Disable web store user's changes on their delivery address** | Delivery address for the logged user will be retrieved from the value entered in the matching NS customer record in the back-office.<br><br>The delivery address will auto fill on the Checkout process.  Users will be prohibited from requesting shipping elsewhere, for this a user will need to request an address change via the case submit management in my account, or create a new account with delivery to a different location.<br><br>Users will be restricted from changing the "Shipping" address via the Checkout and/or My Account.<br><br>**Important:**<br>a. Upon user's registration, the shipping information will be stored in custom fields.  Customer's staff will be charged with actually vetting this information and entering the NS default Shipping Address field of the user.<br>b. Customer's staff will also be in charge of manually updating or denying changes to the Shipping Address value requested by users via the case support system. | **In Scope** |

**General Assumptions:**
- Functionalities outlined above are general requirements and do not represent a technical design specification.
- Definition of the complete, detailed requirements will be confirmed prior to development. These will need to be reviewed and approved by the Customer prior to begin development.
- Customer is responsible to test all customizations and scripts (during UAT process).
- Any resulting modifications to the custom code functionality - naming conventions, increase in forms or fields, or workflow process - will result in a Change Order (fees will apply

**2.4.9. Out of Scope Features**
The following requirements, while discussed, have been specifically defined as **out of scope** for this project.  If any of the following is required, during the scope of work of this implementation phase, a Change Order will be issued (fees will apply).

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

| Functional Area | Description | |
|---|---|---|
| Grid order entry | Allowing customers to place order on several products at the same time, within one single page view. | Out of Scope |
| Disable Past Due Users | Disabling users that have a Past Due Amount from placing new orders via the ecommerce. | Out of Scope |
| Live Chat | Integration with a live chat provider into the site. | Out of Scope |

## 2.5. Key Scope and Approach Assumptions

The following assumptions have been positioned in preparation for the current estimation of work.  If modifications are introduced to these assumptions, a Change Order will be required (fees will apply):

### 2.5.1. Project Specific Assumptions

1. All users will be of Consumer type.  No differentiation will be made in terms of pricing, shipping options, payment methods, or any other user settings.  Same catalog of products will be offered for all users.

2. No credit check will be required via the web store.  Users will operate via credit card, paying for the cost of the first delivery.  Cost of the delivery will be applied as part of the products price value.

3. Any report creation on NetSuite's back-office will be considered a customer task and responsibility.

4. Products on the site will always be sold by units, these units might be "cases" composed of groups of individual products.  These "cases" will be treated as a single item in terms of the products sold on the site.

5. No DocuSign integration is in scope.  New users will get to comply with the TOS of the site by approving a checkbox for TOS agreement on the Checkout process (via NetSuite native capabilities).

6. Users capability to sign up for email invoicing or auto credit card once logged into ecommerce will be set up on a per user basis (and only once the user is registered) by the Customer's Staff.

7. UPAYA integration: Services related with viewing, skipping, modifying deliveries, or any other delivery related capabilities, will be provided by third party vendor UPAYA and shall be UPAYA's responsibility.

   Any logistics on the determinations of deliveries routes (or the best route) for the

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

delivery of the products (for trucks) will also be considered an UPAYA task and responsibility.

8. This scope of work does not include any customization for the automatic creation of recurring orders once the initial delivery subscription has been made by the user. Creation of additional orders related to a user's subscription will be assumed as a task coordinated between the Customer and Partner UPAYA, or a Customer's manual task.

9. Automatic credit check is outside the scope of work of NetSuite SuiteCommerce.

10. Users with accounts past due, will need to be manually disabled from placing additional orders by Customer's Staff.  Customer understands and agrees that these won't restrict offending user from creating a new user with the site and placing additional orders under this new customer record.

11. Delivery of the service, to an address other than the one on the user's matching customer record, will be a process that the user will need to manually ask for by contacting Customer's Staff.

12. NetSuite SuiteCommerce will not engage on the migration of any external system data into the NetSuite back-office.

13. Any additional information about the user will be able to be captured during initial registration, and limits to the aforementioned 10 extra fields on the registration form.

14. Quantity for repeated deliveries should be captured when an order is placed.  If not the delivery will be assumed to last until the user manually asks the Customer's Staff to exit the subscription service.  Any custom automation behind one time, limited number of times, or persistent delivery will be assumed as part of the UPAYA partner scope of work.

15. Online specials promotions for new users will be percentage discounts associated to the price level initially assigned to new users.  Special pricing for some users, either on all or for some products, can be manually set by the Customer's Staff on the user matching customer record.

### 2.5.2. SuiteCommerce General Assumptions

16. Once implementation starts, Customer will be responsible for installing the SuiteCommer Advanced ("SCA") bundle(s).  NetSuite SuiteCommerce will provide guidelines to Customer on how to proceed with the installation of the SCA required bundle(s).

17. NetSuite (unless otherwise specified in this SOW) does not deliver graphic design services related to its completion.  The Customer will be responsible for providing the resources responsible for delivering any assets to NetSuite.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

18. Only changes allowed to the Theme provided by deployment are:
    a. Site general Color Scheme modifications.
    b. Modifying the Corporate Company logo at the header top left section.
    c. Adding a Favicon to the site (Favicon media provided by Customer).

19. Project implementation assumes one (1) single language and one (1) single currency for the site.

20. Communication with NetSuite SuiteCommerce team will be conducted via the following channels:
    a. Calls & off-line meetings:  Will be limited, by default, to a maximum of **2 hours (two)** and up to 2 (two) meetings per week.
    b. On-site meetings:  If applicable, only.  Travel & living expenses not included in this estimation.
    c. Email reviews and replies:  Minimum assumed delay of 1 (one) day for providing a reply; might be more, according to NS resources availability.
    Communication with NetSuite resources via Instant Messenger, or any other channel, will be considered as **out of scope** for this project.  Notwithstanding the foregoing, NetSuite may in its sole discretion decide to support alternative communication channels, if requested to do so, and provide an estimation of hours for the impact the aforementioned will channels produce to the implementation project; a Change Order will be required (fees will apply).

21. Estimated timelines assume Customer will provide responses to questions or issues within two (2) business days; this will be considered crucial for ensuring the completion of project activities in a timely fashion.  To the extent that Customer is unable to provide a material response within two business days due inexpediency or complexity, Customer is solely responsible for diligently maintaining communication with NetSuite until a material response is possible.

22. No end user training services are included within the scope of this SOW.

23. Customer will be responsible for its organizational change enablement and communication activities associated with the Project.

24. Any System and Integration testing beyond the display of data as per the provided web store layouts is **out of scope** for this Project.

25. Customer will be solely responsible for user acceptance testing ("UAT") of configured and implemented processes and for creation of necessary test cases. User Acceptance Testing (UAT) is usually limited to 10 business days.

26. Go live support:  Is planned as a joint responsibility between Customer and NetSuite.  NetSuite will provide **10 hours of support** assistance for the first ten (10) business days following the go-live.

    Customer may purchase additional support at the conclusion of this support period via a separate statement of work signed by both Parties or through the Change Management Process defined in the Agreement.

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

27. Credit card processing: Will be implemented via NetSuite's standard credit card payment gateway options. Different or additional credit card processors are outside the scope of this SOW. If additional credit card processors are required, an analysis must be separately conducted under a separate Change Order or SOW.

28. NetSuite is not responsible for setting up the merchant accounts, payment methods or shipping methods.

29. Non Supported Browsers: Microsoft Edge Browser support will be considered out of scope for this project.

30. Supported Browsers: Implementation support will be limited to the following browsers:
    a. Internet Explorer - version 11 and 10 in scope, only (*)
    b. Chrome (*)
    c. Safari (*)
    d. Firefox                                                                  (*)
    (*) Latest major release and most up-to-date update for each browser as of the Effective Date of this SOW. Notwithstanding the foregoing, NetSuite may in its sole discretion de-support or refuse to support any web browsers or mobile device OS that it believes to be vulnerable or otherwise insecure and provide prompt notice of non-support to Customer.

31. Google Analytics (GA): Customer must have a GA account in order to proceed with this integration. NetSuite will not be responsible for any data migration from pre-existing analytics into the NetSuite system. Web Site Reports and Analytics via NetSuite's own web store Analytics Module, will be considered out of scope.

32. Account Implementation: Unless specifically stated otherwise in this scope of work, implementation of any e-commerce services will be conducted in Customer's NetSuite Production Account (opposed to a Sandbox instance).

33. Advanced Promotions: For SuiteCommerce Advanced accounts the Advanced Promotions module will be installed in the back-office of Customer's NetSuite account. This installation will not imply that the rules created via the Advanced Promotions module will automatically reflect on User's experience via the SCA web store. Unless stated in this Scope of Work, Scriptable Cart scripts, to match Advanced Promotions back-office rules with the Web Store Shopping Cart behavior, have not been considered for implementation; if required, a Change Order will be issued (fees will apply).

34. Users:
    a. Unless specifically stated in this scope of work, site will be oriented to the general public. User type differentiation (e.g. Consumers vs Wholesalers) via web store will be limited to the assignment of a specific price level for users existing in the system. User assignment of a price level, or any other user specific value, will be considered for all situations a Customer task and responsibility.
    b. Web Store end-users will be required to register and login, with the NetSuite web store, in order to complete the Checkout Process. End-user information

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

can only be stored, if Customer Registration is enforced (opposite to Guest Checkout).

35. Ordering:
   a. For future references: once a user completes a purchase with a given currency, this setting will remain associated to user's matching customer record.  To operate on a different currency via the web store, user will be required to register under a different customer record.
   b. Only one currency will be allowed per web store transaction.
   c. Only one single coupon code is allowed per order.
   d. Configurable authorization and capture of funds via the web store is currently unsupported and will be considered **out of scope** for this project.
   e. Payments via CyberSource Tokenization are currently unsupported and will be considered out of scope for this project.

36. Shipping:
   a. Same shipping rules will be offered to all users.  Shipping method segmentation features according to user type, or any other rule, are **out of scope** for this project.
   b. Bypassing of shipping address entry, or shipping method entry, are **out of scope** for this project.
   c. Multi-shipping for the current site is **out of scope**, users will be enforced to select one single shipping address per order

37. Catalog:
   a. Site will be publicly accessible for all users.
   b. Users from any geographical location will see the same navigation, content, facets, and catalog of products being offered.
   c. Any integration with external marketplaces will be considered outside the scope of work of NetSuite SuiteCommerce.

38. Product Setup:
   a. All inventoried items will have back-ordering options set up by the Customer, either on a site general level and/or on a per item basis.
   b. Minimum product quantities per order will be managed via the back-office.  Enforcing a product quantity, as a multiple of a given value, is not a native feature and, unless specifically stated otherwise, will be considered **out of scope**.
   c. Any group of products offered as a single item, will be constructed as an independent SKU of type Kit Package item.  Member items added to a Kit Package SKU are fixed, and cannot be dynamically changed (by the web store users) once the Kit Package has been defined.  Same applies to items of type Assembly Item.
   d. Different products sizes, or any other option that changes pricing or stock availability on a specific item, will be engaged via native Matrix Items.
   e. Gift certificates, if any, will be offered with fixed amounts.  Gift certificates with Variable amount will be considered **out of scope**.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

39. Web Store Searchability:
    a. A top number of 40 facets will be available for the site.
    b. Search function will only return item records as results.
    c. Search results will return all items that match a search query and will allow for further refinement via facets. Facets displayed along a list of search results will depend on the actual attributes of the items being returned.

40. Product Reviews:
    a. No data entry for pre-existing reviews has been included in this scope of work.
    b. Users will see the same product reviews independently of their geographical location.

41. Blog:
    a. Current scope of work **excludes** any work effort related to any blog feature. Any blog instance, if required, will be created and managed, by Customer's Staff, in system external to the NetSuite platform.
    b. Cross-referenced search results from both platforms, if an external Blog is applicable, will be also considered as **out of scope**.

42. Returns:
    a. Web Store will allow registered Shoppers to position Requests for Returns, via the My Account section.
    b. Actual returns, and refunds to the Shopper, will be managed by Customer's Staff via the Back-Office.

43. Single-Sign-On (SSO) features are **out of scope** for this project.

44. Loyalty features are out of scope for the current project.

45. Features specification:
    a. Any customization (custom feature and/or advanced extension) included in this SOW is described in general terms. Any description for a scoped customization will not be considered as a technical design specification.
    b. Before implementation of each customization, a complete list of detailed requirements will be confirmed, along with its matching design specification. Customer approval of the technical solution drafted for a customization is required before starting the implementation of such customization.
    c. Customer is responsible to test all customizations and scripts (during UAT process).
    d. Any resulting modifications to the custom code functionality - naming conventions, increase in forms or fields, or workflow process - will result in a Change Order (fees will apply).

46. Due Notification of Potential Changes: Because the NetSuite team cannot monitor all deployments of the Professional Services Solution(s) above, it is the responsibility of Customer to notify NetSuite when a potential change is required within the warranty period described in the PS Terms.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

47. **Solution Upgrade:** The Professional Services Solution above is a point-in-time solution that NetSuite is providing to Customer. The Professional Services Solution is not designed to be upgraded nor is NetSuite responsible for upgrading or supporting it. Changes to the Professional Services Solution provided above which are necessary to support new Service product features, configuration changes, or new customizations will require a Change Order or separate SOW.

## 2.6. Education Scope Detail

No end user training services are included within the scope of this SOW.

# 3. Project Team

Customer is responsible for providing and ensuring Customer's committed participation of resources required during the Project. The pricing and schedule reflect this important assumption.

This SOW is based on the assumption that the implementation of the Service under this SOW is performed jointly with Customer as a cooperative, hands-on Project, jointly managed by NetSuite and Customer pursuant to a shared consulting model for performing an implementation.

NetSuite will show Customer how to configure and maintain the system, as described in this SOW. As an example, for a billing implementation, NetSuite will show Customer how to create a field in order for Customer to enter their remaining custom fields into the Service. This is a fundamental principle of the Implementation Project approach - Shared project responsibility.

NetSuite resources are not dedicated to any single implementation and may be engaged across many implementation projects for various customers

## 3.1. Project Roles and Responsibilities

It is important to understand this is a list of project roles, not individuals, required to complete the Project. Depending on the size of the engagement, a single individual may take responsibility for any number of roles or a single role may require more than one individual.

| Role | NetSuite | Customer |
|------|----------|----------|
| Sponsor | Responsible for providing NetSuite resources needed for a successful implementation. | Responsible for providing Customer resources needed for a successful implementation and promote process change where necessary. |

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

| Project Manager | Responsible for the oversight of NetSuite resources, schedules and deliverables.<br><br>• Attend all key Project<br>• Point of contact for all day-to-day Project operations<br>• Provide guidance and assistance for the management of the Project issues log<br>• Lead regular Project status meetings | Responsible for the oversight of Customer resources, schedules and deliverables.<br><br>• Attend all key Project meetings<br>• Point of contact for all day-to-day Project operations<br>• Serve as gatekeeper for Project issues log<br>• Participate in regular Project status meetings |
|---|---|---|
| Administrator | Not Applicable | Responsible for all configuration tasks and ongoing Service administration.<br><br>• Point of contact for all day-to-day configuration sessions<br>• Learn and participate in creation of all Customer specific configurations<br>• Manage user acceptance tasks, including testing documentation<br>• Drive decisions on data migration activities<br>• Support and manage organization's ongoing Service use |
| Functional Consultant(s) / Business Process Owner(s) | Responsible for providing leadership and guidance on the overall design and configuration of business process flows.<br><br>• Point of contact for all day-to-day configuration sessions<br>• Define overall system design to support defined requirements<br>• Guide definition and creation of Customer specific configurations | Responsible for design and acceptance of business process flows.<br><br>• Attend Project meetings related to area of ownership<br>• Assist in the definition and configuration of processes<br>• Participate in user acceptance testing activities |
| Extended Team | As needed NetSuite resources (including Subject Matter Experts, Technical and/or Education resources) to support the scope of the Project. | Additional Customer resources as needed to support the scope of the Project. |

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

# 4. Project Assumptions

Customer acknowledges that its participation and cooperation are critical for the success of the Project. Unless otherwise noted in this SOW or agreed to in writing, the following assumptions are based on information provided by Customer to NetSuite relating to the Project and have been used to develop NetSuite's current level of effort and fees. Deviations from these assumptions may lead to commensurate changes in the timeline and fees and will be handled through the Change Management Process described in the PS Terms.

a) **SOW Term/Expiration**: Unless otherwise agreed upon by both Parties and duly executed in writing, the obligation of NetSuite to provide Professional Services to the Customer under this SOW expires the earlier of: 1) expiration or termination of the PS Terms; 2) completion of the Professional Services described in this SOW; or 3) 12 months from the Effective Date of this SOW.

Extension of the SOW Term/Expiration shall require an amendment to this SOW agreed to by and between Parties; such extension does not require any fees and shall be at no cost to Customer.

b) **Delivery of Professional Services**:

   i. **Scope**: Any item or activity not specifically included within the scope of this SOW is deemed outside the scope of this SOW. Any changes made to the Approved Business Requirements are outside the scope of this SOW and may require a Change Order or separate SOW.

   ii. **Remote Professional Services**: The Professional Services outlined in this SOW will be provided remotely in English (whether verbally or in writing), with communication via telephone, email and web-conference (the standard platform for online delivery is Cisco WebEx tools) from NetSuite's own facilities.

   iii. **Onsite Professional Services**: If onsite services are incorporated into this SOW, the schedule for any onsite services will be determined between NetSuite and Customer upon Project start.

   iv. **No Recording**: Customer shall not film or record NetSuite delivery of Professional Services, NetSuite resources, or NetSuite materials.

   v. **Business Hours/Overtime**: Any and all hours outside normal business hours and/or in excess of ten (10) hours per day per NetSuite resource or fifty (50) hours per week per NetSuite resource require the prior written consent of NetSuite.

   vi. **Project Hour Allocations ("Project Hour Allocation")**: In the event Project Hour Allocations are included within the scope of this SOW, Customer is responsible for identifying the work to be provided by NetSuite as Project Hour Allocations under this SOW and Customer is also responsible for determining the priority of objectives regarding such Project Hour Allocations.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96



Statement of Work

Customer acknowledges and agrees that:   (a) any Project Hour Allocations specified in this SOW include up to the number of Professional Service hours listed and not specific deliverables; (b) any Project Hour Allocations listed in this SOW may not have been fully scoped and there is no assurance that the work identified by Customer for NetSuite  to provide as Project Hour Allocations can be completed within the hours allotted under this SOW or even that such work can be completed at all; and (c) NetSuite  reserves the right in its sole discretion to reject any request for work identified by Customer to be provided by NetSuite  as Project Hour Allocations if NetSuite reasonably believes such work is outside of the types of services normally provided by NetSuite .  Project Hour Allocations may be consumed by NetSuite incompleting preparations for meetings, completing offline research, completing offline configurations or other action items. NetSuite shall periodically provide Customer with a report of Project Hour Allocation consumption.

vii.  **Cancellation / Postponement**:    NetSuite  and  Customer  shall  use commercially reasonable efforts to attend all scheduled Project meetings.  The repeated cancelation of Project meetings may result in Project delay and additional costs.

viii.  **Customer Participation**:   Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to its requests for information and other requests related to the Professional Services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded within a reasonable period of time with the requested information or any acknowledgement of such request and NetSuite has undertaken reasonable efforts to follow up with Customer, NetSuite may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer.  If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW and Customer shall remain liable for payment of all Professional Services fees as set forth herein.  Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional Professional Services fees contemplated there under, even if listed in the original SOW.

c) **Scope of Services:**

i.  **Standard Functionality**:  Service functions referenced herein are assumed to be standard functionality implemented through configuration changes only, except as may otherwise be specified in this SOW.  Any changes to the business processes supported by the SuiteFlex code or to the level of functionality supplied are outside the scope of this SOW.

ii.  **Licenses Procurement and Acceptance of Terms:**

a.  Any rights for Customer to use the Service (including without limitation any Service functionalities, products, modules and features) are outside the scope of this SOW and must be separately procured by Customer from

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

NetSuite pursuant to an Estimate/Order Form under the NetSuite Subscription Services Agreement.

**b.** Additionally, Customer is responsible for separately procuring, at its own expense, all necessary rights for its and/or NetSuite's use of any Customer or third party technology that will be used within the scope of this SOW, including any applications and/or services with which the Service can be connected through integrations. Customer represents and warrants that it will procure all such rights prior to using or permitting NetSuite's use of any such third party technology hereunder. Customer acknowledges that use of third party technology and/or services not already licensed or purchased by Customer may require additional licenses and fee(s) that must be obtained separately by the Customer from the specific third party provider of such applications and/or services.

**c.** Without limiting SubSection (b) above, solely in the event that Customer instructs NetSuite in writing to download or use any open source or other software in connection with Professional Services, Customer hereby appoints NetSuite as an agent to perform such download for Customer (including accepting any click-through terms). In the event that Customer provides such written notice to NetSuite, Customer acknowledges that any such terms will be binding directly on Customer and that Customer (not NetSuite) is solely responsible for compliance with such terms.

iii. **Consistent Processes**:  Customer is responsible for ensuring that common, consistent functional processes exist across the organization; including parent and all subsidiary companies (e.g. there will be one common Order to Cash process across the entire organization).

iv. **Future Product Release**:  This SOW does not include time for management of the release process, analysis or implementation of functions and features that are not available within the current general release of the Service.

v. **Technical Customizations**:   If technical services are incorporated in this SOW, the functionality outlined as technical services are general requirements and do not represent a technical design specification.  Definition of complete, detailed requirements will be confirmed prior to development.  Any resulting modifications to the custom code functionality, such as naming conventions, increase in forms or fields, or workflow processes, are outside the scope of this SOW.

vi. **SuiteCloudTM**:  SuiteCloudTM is the technology toolkit for customization, verticalization, and business process automation within NetSuite Business Operating System (BOS) platform. Any SuiteCloud customization requirements not identified in this SOW under the Customization sections and discovered during the implementation process will be subject to Change Order, priced according to complexity, and the change management process will be followed. Any changes to the business processes supported by the SuiteCloud code or to the level of functionality supplied will be subject to additional fees under a separate SOW or Change Order.  In the event that NetSuite is required to create

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"), NetSuite retains all right, title and interest in and to such Tool(s) and no license to such Tool(s) is granted hereunder.

vii. **Integration/Web Services**: Except as expressly set forth herein, integration, including any SuiteScripting to support integration efforts, is not included in this SOW. In the event that requirements surface for Integration/Web Services functionality that are not outlined in the Integration/Web Services Section of this document, a separate SOW will be developed and the change management process will be followed. In the event that NetSuite coordination of a third party integration vendor is required and agreed to by NetSuite, NetSuite will regularly communicate project status with the said third party, including key milestones, dependencies, and risks.

**d) Project Staffing**:

i. **Customer Resources Availability**: Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access or change to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

ii. **Administrator**: The Administrator role on the project is critical to the success of the Project and long term adoption of the Service. The Administrator role is to be in place prior to the start of the Project and remain for the duration of the engagement.

**e) Project Schedule**:

i. **Deployment**: The Plan will be created with a single deployment schedule - meaning, all functional areas listed in this SOW will be configured and deployed at the same time, not in multiple phases or deployments. Changes to the deployment schedule, including the addition of deployment phases, shall be subject to the Change Management Process at additional cost.

ii. **Timeliness of Responses**: Customer is responsible for acknowledging and responding to documents relating to this Project. These documents could be requirements documents, escalation issues or end-of-project notices. Some documents will require Customer's signature / e-signature before NetSuite can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

**f) Other Assumptions**

i. **Images**: NetSuite will not be providing any images (including stock photograph or other digital assets), materials or other content that will be used on Customer's website. Customer will be responsible for providing all such images, materials or other content that NetSuite will integrate into the Customer website as described in this SOW.

© 2016 NetSuite Inc.
Proprietary and Confidential

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 **NETSUITE**

Statement of Work

ii. **SuiteCommerce Advanced for SuiteCommerce Advanced Projects**: Customer must acquire all licenses, required by the scope of this project, to the NetSuite SuiteCommerce Advanced product, before beginning any Implementation phase. This product is mandatory and if not active, then NO implementation can be completed by NetSuite.

iii. **Data Entry**: Customer will be responsible for adding any content into the web store instances, including (but not limited to) product items, shipping items, information items and categories. NetSuite is not responsible for creating and/or uploading items or content to the Customer's NetSuite account.

iv. **Standard Payment Processor Requirements**: Customer understands they will need to move to a supported third party payment gateway for credit cards and confirm their stored value card SVC (gift cards) work with such third party gateway (or migrate their SVC program). Third party supported gateways include: Mercury Payments (MPS), Shift4 (additional PS hours needed) and PC/Charge (additional PS hours needed). Both Shift4 and PC/Charge would require additional hours to implement and would also require that Customer to enter into a separate agreement with such third party vendors for the use of the software and any payment processing fees/services. The MPS software is included in the NetSuite POS Module, but requires Customer to enter into a separate agreement with MPS for any payment processing fees/services.

# 5. Pricing & Payment Terms

**Fixed Fees**: The pricing set forth in this SOW represents the fixed fees for the Professional Services set forth in this SOW. Additional discounts (if any) for these Professional Services will be reflected in the Estimate/Order Form that references this SOW and/or these Professional Services. In the event of a conflict between the pricing set forth in this SOW and the pricing set forth in the Estimate/Order Form governing this SOW and/or these Professional Services, then the pricing set forth in the Estimate/Order Form shall govern and control. Any expenses (as described below) are not included in the fixed fees and are an additional cost to Customer.

Customer acknowledges that the fixed price is based solely on the information provided to NetSuite and the assumptions documented in this SOW. Any requirement(s) not included herein or items not contemplated will be considered outside of the fixed price scope and will be handled through the Change Management Process defined in the PS Terms, and may result in additional cost. The total fees for this SOW are as follows:

| Professional Services Fees | |
|---|---|
| Implementation Services | $67,500.00 USD |
| **Total Professional Services Fees (Excluding expenses described below)** | **$67,500.00 USD** |

DocuSign Envelope ID: 63EAD29A-D86F-42FA-84A7-179BEA61CA96

 NETSUITE

Statement of Work

a) **Expenses:**  Reasonable travel and living expenses required in connection with delivering the Professional Services will be incurred by mutual agreement in accordance with NetSuite's internal travel and expense policy and billed to Customer as actual charges in addition to the Professional Services fees.

# 6. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of professional services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer.  This SOW (including any Exhibits hereto) (and the PS Terms) shall constitute the entire understanding between Customer and NetSuite and is intended as the final expression of the Parties' agreement regarding the Professional Services to be provided by NetSuite.  The Parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite.  Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both Parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.  This SOW may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this SOW executed in ink by both Parties.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| CUSTOMER | | NETSUITE INC. | |
|---|---|---|---|
| By: | *Doug Shinn* (DocuSigned by) 42DC9AB142C4431... | By: | *Aldridge, Cynthia* (DocuSigned by) 6E9E79AFF80B4E8... |
| Print Name: | Doug Shinn | Print Name: | Aldridge, Cynthia |
| Title: | President | Title: | Practice Director |
| Company: | WG America Company | Company: | NetSuite Inc. |
| Date: | 31 August 2016 | 14:10 PDT | Date: | 31 August 2016 | 16:32 CDT |

This SOW may be signed electronically, in which case signatures may appear above or on the last page.

© 2016 NetSuite Inc.
Proprietary and Confidential