Exhibit E

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



**Consulting Service – Statement of Work**

# Consulting Service

# Statement of Work for

**WG America Company**
2 East Pointe Drive
Birdsboro PA 19508
United States

**Consulting Hours**
August 30, 2016

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



Consulting Service – Statement of Work

# Statement of Work

## Table of Contents

**1. INTRODUCTION** .......................................................................................................... 3
   1.1. PROJECT CONTEXT: CONSULTING HOURS .................................................................. 3
**2. PROFESSIONAL SERVICES** ........................................................................................ 4
   2.1. DESCRIPTION OF THE PROFESSIONAL SERVICES .......................................................... 4
      2.1.1. Project Roles ................................................................................................. 4
      2.1.2. Type of Professional Service ....................................................................... 5
**3. SOW ASSUMPTIONS** .................................................................................................. 6
**4. PRICING & PAYMENT TERMS** ................................................................................... 9
**5. SIGNATURES** ............................................................................................................. 11

Confidentiality Notice

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished for the professional services set forth herein. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



Consulting Service – Statement of Work

# 1. Introduction

**Effective Date:** Later date signed by both Parties below
**Customer Name:** **WG America Company**

This Statement of Work ("SOW") describes the professional services (the "Professional Services") to be performed by NetSuite Inc. ("NetSuite") for Customer (collectively "Parties") pursuant to the Professional Services Addendum to the NetSuite Subscription Services Agreement entered by and between the Parties on or about August 31, 2016 (the "PS Terms"). Once executed by the Parties, this SOW shall be incorporated by reference into the PS Terms. In the event of any inconsistency or conflict between the terms and conditions of this SOW and the PS Terms, the terms and conditions of this SOW shall govern with respect to the subject matter of this SOW only. Unless defined herein, capitalized terms used in this SOW shall have the meaning defined under the PS Terms.

The terms and conditions and pricing listed in this SOW shall be valid starting from the date this SOW is provided by NetSuite to Customer and will expire thirty (30) days from such date, unless executed by the Parties.

## 1.1. Project Context: Consulting Hours

Customer is in the process of implementing, configuring, customizing and/or integrating NetSuite's proprietary hosted application(s) (the "Service") into Customer's business environment. Customer has requested that NetSuite assist Customer's personnel and/or third party systems integrator staff (collectively "Customer Resources") as set forth below (the "Project"). The Project is limited to providing Customer a number of consulting hours as set forth in the Pricing and Payment Terms Section below (the "Consulting Hours"). As such, this SOW is not subject to a scoping effort and consists only of the Consulting Hours to be utilized towards providing Professional Services.

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7

 **NETSUITE**

Consulting Service – Statement of Work

# 2. Professional Services

## 2.1. Description of the Professional Services

NetSuite will assume roles described below. Consulting Hours may also be utilized by NetSuite in completing preparations for meetings, completing offline research, completing offline configurations, other action items, or as directed by Customer.

### 2.1.1. Project Roles
The below is a general description of Project roles and not specific individuals. Depending on the size of the Customer organization and the anticipated Professional Services, a single individual may take responsibility for multiple roles.

#### 2.1.1.1 NetSuite Project Roles

| NetSuite Role | Description |
| --- | --- |
| Consultant | Primary contact for duration of Project. Will work with the Customer Resources to provide the Professional Services. Although NetSuite has a shared services model, this resource is the primary point of contact for all Professional Services, including meetings, training services coordination, project planning, administration and monitoring. |

#### 2.1.1.2 Customer Project Roles

Customer shall assign resources to the Project, however, there are no specific Customer Project roles for this SOW.

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



Consulting Service – Statement of Work

### 2.1.2. Type of Professional Service

NetSuite will use the Consulting Hours towards providing the Professional Services described directly below.  If the parties have identified specific areas of focus for the Professional Services, then those areas may be identified below in a Consulting Hours Scope table. Customer agrees that the Professional Services descriptions below including those in the Consulting Hours Scope table (if any) are merely high level descriptions that have not been subject to a scoping effort.  For clarity, NetSuite's obligations are limited to providing the Consulting Hours towards such Professional Services.

#### 2.1.2.1 Consulting Services

The Professional Services provided may consist of "consulting services", which are provided to assist Customer Resources with the review of existing setup and configurations, suggestions on modifications to process flows, and/or advising on steps to effectively utilize the functionality of the Service.  These Professional Services may focus on Service processes, products, or functionalities and may include providing assistance as further described in the Consulting Hours Scope table below.

Specific areas of focus for the Professional Services include the following:

| Consulting Hours Scope | Est. Hours |
|---|---|
| NetSuite may be asked to provide general consulting Professional Services that may include:<br><br>- Configurations<br>- Miscellaneous Technical Services | 400 |

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7

 **NETSUITE**

Consulting Service – Statement of Work

## 3. SOW Assumptions

Customer acknowledges that its and its Customer Resources' participation and cooperation are critical for effective utilization of the Consulting Hours. The following assumptions are based on information provided by Customer to NetSuite and has been used to develop NetSuite's current level of effort and fees under this SOW. Deviations from these assumptions may lead to commensurate changes in the level of effort and fees necessary to meet Customer's requirements and will be handled through the Change Management Process described in the Terms.

a) **SOW Term/Expiration:** Unless otherwise agreed upon by both Parties and duly executed in writing, the obligation of NetSuite to provide Professional Services to the Customer under this SOW expires the earlier of: 1) expiration or termination of the PS Terms; 2) completion of the Professional Services included in this SOW; or 3) 12 months from the Effective Date of this SOW.

Extension of the SOW Term/Expiration shall require an amendment to this SOW agreed to by and between Parties; such extension does not require any fees and shall be at no cost to Customer.

b) **Delivery of Professional Services:**

   i. **Scope:** Any item or activity not specifically included within the scope of this SOW is deemed outside the scope of this SOW. Customer's high level objectives are listed above as a general suggestion as to how some or all of the Professional Services described above may be applied. Customer is solely responsible for setting the scope and determining priority among objectives in order to make effective use of the Consulting Hours. Customer reserves the right to reprioritize or modify such objectives at any time. Customer agrees that Customer Resources have the authority necessary to make decisions on business practices and the Project. Further, Customer agrees and acknowledges that this SOW only provides up to the number of Consulting Hours identified herein. The items listed above have not been fully scoped and there is no assurance that they can be completed within the Consulting Hours or even that they can be completed at all. NetSuite can reject a request for work if it reasonably believes that the work is outside of the types of services normally provided by NetSuite PS. NetSuite Support Services is specifically excluded from the scope of this SOW.

   ii. **Remote Professional Services:** The Professional Services outlined in this SOW will be provided remotely in English (whether verbally or in writing), with communication via telephone, email and web-conference (the standard platform for online delivery is Cisco WebEx tools) from NetSuite's own facilities.

   iii. **Onsite Professional Services:** If onsite services are incorporated into this SOW, the schedule for any onsite services will be determined between NetSuite and Customer upon Project start.

   iv. **No Recording:** Customer shall not film or record delivery of Professional Services, NetSuite PS, or NetSuite materials.



**Consulting Service – Statement of Work**

 v. **Business Hours/Overtime:** Any and all hours outside normal business hours and/or in excess of ten (10) hours per day per NetSuite resource or fifty (50) hours per week per NetSuite resource require the prior written consent of NetSuite.

 vi. **Cancellation / Postponement:** Both NetSuite and Customer shall use commercially reasonable efforts to attend all scheduled Project meetings. The repeated cancellation of Project meetings by Customer may result in Project delay and additional costs.

 vii. **Project Services Content and Impact on Customer's Organization:** The content and expertise of any Professional Services provided are not exclusive to a specific industry, organization type, or size of organization. The Customer is responsible for considering implications of implementing any changes to their existing configuration; NetSuite offers universal considerations.

c) **Scope of Services:**

 i. **Standard Functionality:** Service functions referenced herein are assumed to be standard functionality implemented through configuration changes only, except as may otherwise be specified in this SOW.

 ii. **Licenses Procurement and Acceptance of Terms:**

  (1) Any rights for Customer to use the Service (including without limitation any Service products, modules and features) are outside the scope of this SOW and must be separately procured by Customer from NetSuite pursuant to an Estimate/Order Form under the NetSuite Subscription Services Agreement.

  (2) Additionally, Customer is responsible for separately procuring, at its own expense, all necessary rights for its and/or NetSuite's use of any Customer or third party technology that will be used within the scope of this SOW, including any applications and/or services with which the Service can be connected through integrations. Customer represents and warrants that it will procure all such rights prior to using or permitting NetSuite's use of any such third party technology hereunder. Customer acknowledges that use of third party technology and/or services not already licensed or purchased by Customer may require additional licenses and fee(s) that must be obtained separately by the Customer from the specific third party provider of such technology and/or services.

  (3) Without limiting SubSection (b) above, solely in the event that Customer instructs NetSuite in writing to download or use any open source or other software in connection with Professional Services, Customer hereby appoints NetSuite as an agent to perform such download for Customer (including accepting any click-through terms). In the event that Customer provides such written notice to NetSuite, Customer acknowledges that any such terms will be binding directly on Customer and that Customer (not NetSuite) is solely responsible for compliance with such terms.

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7

 **NETSUITE**

**Consulting Service – Statement of Work**

   iii. **Consistent Processes:** Customer is responsible for ensuring that common, consistent functional processes exist across the organization; including parent and all subsidiary companies (e.g. there will be one common Order to Cash process across the entire organization).

   iv. **Technical Customizations:** If technical services are incorporated in this SOW, the functionality outlined as technical services are general requirements and do not represent a technical design specification. Definition of complete, detailed requirements will be confirmed prior to development.

**d) Customer Staffing:**

   i. **Customer Administrator:** It is assumed that Customer will provide an Administrator for the purpose of providing access to Customer's system(s). The Administrator is not a Project role but this function is critical to the success of the Project and long term adoption of the Service. Customer will use commercially reasonable efforts to ensure that the resource assigned as Administrator is to be in place prior to the start of the Project and remain for the duration of the engagement.

**e) Project Schedule:**

   i. **Customer Participation:** Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to its requests for information and other requests related to the Professional Services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded within a reasonable period of time with the requested information or any acknowledgement of such request and NetSuite has undertaken reasonable efforts to follow up with Customer, NetSuite may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW and Customer shall remain liable for payment of all Professional Services fees as set forth herein. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional Professional Services fees contemplated there under, even if listed in the original SOW.

**f) Integration Assumptions.** The following assumptions have been made related to integrations to be implemented within the scope of this Project.

   i. **Integration Scope:** If requirements surface for Integration functionality that are not outlined in the Integration section of this SOW a separate SOW will be developed and/or the change order process will be followed. If NetSuite coordination of a third party integration vendor is required and agreed to by NetSuite in this SOW, NetSuite will regularly communicate Project status with the said third party, including key milestones, dependencies, and risks.

   ii. **3rd party system access:** NetSuite is not required to provide or have access to any 3rd party application or system. Customer assumes sole responsibility for

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



Consulting Service – Statement of Work

       access, management, payment and use of any 3rd party systems, applications, services or technology.

   iii. **Pre-packaged integrations:** Pre-packaged integration functionality is limited to the functionality described in this SOW. Specific restrictions and conventions are required for use of this functionality. If the Customer opts for a pre-packaged integration method but then requires functionality not supported via the existing, pre-packaged functionality, a Change Order will be executed and the Customer will select a different integration approach. A change in the integration approach will likely result in additional Professional Services cost to the Customer.

   iv. **API integrations:** Customer assumes full responsibility for the design, development, testing, implementation and operation of any API integrations. Customer understands that certain technical skills are required in order to develop API integrations and verification of these skills is also the Customer's responsibility. Customer understands that NetSuite does not work on API integrations and provides limited advisory services related to data structure.

## 4. Pricing & Payment Terms

Time and Materials (T&M) Fees: The Professional Services and any Deliverables described in this SOW will be provided on a Time and Materials basis and all hours worked will be billed to and paid by Customer. In the event of a conflict between the rate(s) set forth in this SOW and the rate(s) set forth in the corresponding Estimate/Order Form governing this SOW, then the rate(s) set forth in the Estimate/Order Form shall govern and control. The Professional Services set forth in this SOW are estimated on an hourly basis, based on an eight (8) hour workday per NetSuite resource, forty (40) hour week per NetSuite resource to total approximately the fees in the table below, plus expenses as set forth in the fee estimate table below. Customer acknowledges that this estimated total price is an estimate based solely on the information provided to NetSuite and the assumptions documented in this SOW. Any requirement(s) not included herein or items not contemplated will be considered outside of the scope and will be handled through the Change Management Process defined in the PS Terms and may result in additional cost.

**Estimated Professional Services Fees**

| Resource | Rate (USD) | Discounted Rate (USD) | Estimated Hours | Estimated Fees |
|---|---|---|---|---|
| Consultant(s) | $225 | $135 | 400 | $54,000 |
| **Total Estimated Fees (excluding expenses described below):** | | | **400** | **$54,000** USD |

   a) **Expenses:** Any pre-approved travel and living expenses incurred during travel to and from Customer site will be the responsibility of Customer, in addition to the Total Estimated Hours/Fees specified above, and will be billed as actual charges; provided that any travel for which such expenses will be incurred must be approved in advance by Customer (which approval will not be unreasonably withheld, conditioned or delayed).

   b) **Time and Material Reporting:** Customer will be provided with a weekly report detailing NetSuite time billed by NetSuite from the previous week for Professional

DocuSign Envelope ID: 81B10D53-A233-4C22-811F-A68E62D213A7



**Consulting Service – Statement of Work**

Services actually provided by NetSuite. Customer shall review the report and notify the NetSuite PS consultant of any requested corrections to the report within five (5) business days, otherwise such weekly report shall be deemed accepted by Customer.



Consulting Service – Statement of Work

## 5. Signatures

The Parties acknowledge that they may have had previous discussions related to the performance by NetSuite of professional services for Customer and the possible strategies which may be used by NetSuite PS to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto and the PS Terms) shall constitute the entire understanding between Customer and NetSuite and is intended as the final expression of the parties' agreement regarding the Professional Services to be provided by NetSuite. The Parties expressly disclaim any reliance on any and all prior agreements, understandings, RFPs, verbal and/or written communications related to the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification is a written instrument duly executed by the authorized representatives of both parties. This SOW may be executed in counterparts and/or by facsimile or electronic signature and if so executed shall be equally binding as an original copy of this SOW executed in ink by both Parties.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives:

| CUSTOMER | NETSUITE INC. |
|---|---|
| By: *Doug Shinn* (DocuSigned: 425D9AB142C4431...) | By: *Mita* (DocuSigned: 2074BE2AD1D04DC...) |
| Print Name: Doug Shinn | Print Name: Mita |
| Title: President | Title: Sr Director |
| Company: WG America Company | Company: Netsuite |
| Date: 31 August 2016 | 14:04 PDT | Date: 31 August 2016 | 14:40 PDT |

This SOW may be signed electronically, in which case signatures may appear above or on the last page.