IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WG AMERICA COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1338 (RGA) |
| NETSUITE INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that defendant's time to answer, move or otherwise plead in response to the Complaint shall be extended from October 30, 2018 to November 28, 2018.

STEVENS & LEE                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stacey A. Scrivani*                               */s/ Jeremy A. Tigan*
Stacey A. Scrivani (#6129)                             Jeremy A. Tigan (#5239)
919 N. Market Street                                   1201 N. Market Street
Suite 1300                                             P.O. Box 1347
Wilmington, DE  19801                                  Wilmington, DE  19899-1347
(302) 425-3306                                         (302) 658-9200
sasc@stevenslee.com                                    jtigan@mnat.com

  *Attorneys for WG America Company*                   *Attorneys for NetSuite Inc.*

October 26, 2018
12316158

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE